UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NOTICE OF DESIGNATION OF RELATED CIVIL/MISCELLANEOUS CASES
PENDING IN THIS OR ANY OTHER UNITED STATES COURT

Civil Action No. 06 0195
(To be supplied by the Clerk)

**FILED FEB - 3 2006**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**NOTICE TO THE PLAINTIFF:**

Pursuant to Rule LCvR 40.5(b)(1), you are required to prepare and submit this form at the time of filing any civil or miscellaneous case which is related to any pending case(s) or which involves the same parties and relates to the same subject matter of any dismissed related case(s). This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the case is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

**NOTICE TO DEFENDANT:**

LCvR 40.5(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

**NOTICE TO ALL COUNSEL**

LCvR 40.5(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

The plaintiff or counsel for plaintiff will please complete the following:

1. **RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).**

    A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(es) below:]

    [ ] (a) relates to common property

    [ ] (b) involves common issues of fact

    [ ] (c) grows out of the same event or transaction

    [ ] (d) involves the validity or infringement of the same patent

    [X] (e) is filed by the same pro se litigant

2. **RELATIONSHIP OF NEW CASES TO DISMISSED RELATED CASE(S).**

    A new cases is deemed related t a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the same parties and relates to the same subject matter.

    Check box if new cases is related to a dismissed case: [ ]

3. NAME THE U.S. COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT

4. CAPTION AND CASE NUMBER OF RELATED CASE(S). IF MORE ROOM IS NEEDED PLEASE USE THE OTHER SIDE.

    CLEMMONS vs ARMY CRIME RECORDS CTR C.A. No. 05-2353 RCL

    2-3-06                        RCD
    _____    Signature of Plaintiff (or counsel)

    CO-932   CLEMMONS   vs   OPM                  06-8 RCL
    Rev. 4/00 CLEMMONS   vs   NJ Postal Wks-Cor-   06-115 RCL
              CLEMMONS   vs   POWELL               06-123 RCL
              CLEMMONS   vs   STEIN MART           06-194 RCL

2