UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MID-AMERICA APARTMENT COMMUNITIES, INC., ) <br> ) <br> Defendant. ) <br> _____ ) | Civil Action No.: 06CV00195 |

## AFFIDAVIT

I, Leslie B. C. Wolfgang, declare, swear and affirm, upon personal knowledge and under penalty of perjury, the following:

1. I am over the age of eighteen years old.

2. I am competent to testify as to the matters stated herein.

3. That I have been employed by Mid-America Apartment Communities, Inc., the Defendant in the above-captioned case, for six years, that I am currently serving as the Vice President, Director of External Reporting and Corporate Secretary of said Defendant and that I have personal knowledge of the corporation's business operations, holdings and properties throughout the United States.

4. That Mid-America Apartment Communities, Inc. is a corporation organized under the laws of the State of Tennessee and was formed in the year of 1993, with its principal corporate headquarters located in Memphis, Tennessee.

5. That Mid-America Apartment Communities, Inc. maintains no offices in the District of Columbia and it transacts and conducts no business, whatsoever, in the District of



EXHIBIT 1

Columbia.

6. That Mid-America Apartment Communities, Inc. owns and/or maintains no property in the District of Columbia, pays no taxes in the District of Columbia and does not avail itself, in any way, of the privilege of transacting business in the District of Columbia.

**I solemnly declare under penalty of perjury that the foregoing is true and correct.**

_____
Leslie B. C. Wolfgang

The foregoing was subscribed and sworn before me by Leslie B. C. Wolfgang on this 18th day of April, 2006.

_____
NOTARY PUBLIC

My Commission Expires: My Commission Expires 2/14/2007

