**MidAmerica Apartment Communities**

**WOODRIDGE APTS.**
1533 RAYMOND RD.
JACKSON, MS 39204

**APPLICATION FOR OCCUPANCY**

1371-8905

**COMMUNITY** _____

I (we) agree to sign a lease agreement for __6__ months providing for payment of $__598.00__ rental monthly and to observe all provisions of the lease.

**PLEASE PRINT ALL INFORMATION**

Type of Apt __2BD/2BTH__  Address _____ Apt _____ Code # _____
Projected Move-in Date __6/15/99__
Name __Mark A. Rollins__                                                    Optional: Married ___ Divorced ___ Separated ___ Single ✓
Date of Birth __6-12-20-43__  Social Security # _____
Spouse's Name __Samuel Clemmons__   Maiden Name (if married less than 2 years) _____
Date of Birth __June 4, 1965__  Social Security # __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__
Number of persons who will occupy apartment: __2__  Names: __Mark Rollins, Samuel Clemmons__
A separate application must be filled out for each person occupying the apartment (except for spouse or children).
Pets: Dog ___ wt. ___ Cat ___ wt. ___ Bird ___ Other ___ None ___
In case of emergency, notify: __Lionel L. Rollins, 10A Arrowhead Rd Fort Benning__  Phone: __706-685-2223__

### PART I - RESIDENCE HISTORY

Present address __105 Nesha Street, Brandon, MS__ Zip __39042__  Phone __835-2001__  How long __2 yrs__
Apt ___ House ___ Rent ✓ Own ___
Present Landlord __645 St. Charles Pl. Brandon MS__  Rent Amt. __$500.00__  Phone __601-835-2001__
Previous Address __501 Preston Lake Dr. Tucker GA__  Zip __30084__  How Long __3 yrs__
Previous Landlord __Preston Lake Apartments__  Rent Amt. __$680.00__  Phone __770-493-3675__

### PART II - EMPLOYMENT & BANK REFERENCES

Employed by __Dishnet__                                              Dept. or Position _____ Phone _____ How Long _____ Approx. Mo. Income _____
Address _____
Spouse's Employment __Self Employed - U.S. Postal Service (pt)__ Phone __601-352-8900__ How Long __6 yrs__ Approx. Mo. Income __$1500__
Address __548 N MCU Street Jackson MS__
Bank Reference __USAA Military Bank__  Dept. or Position __checking__  Approx. Mo. Income __6 yrs__
Address __10750 McDermott Fwy San Antonio TX__  Account # __048 5386__
Other Income _____  INDICATE SOURCE & AMOUNT / INDICATE CHECKING OR SAVINGS

### PART III - CREDIT INFORMATION

Credit References:
__USA Bank__                              Account # __427056671__
__Discover Card__                         Account # __6011063700 55371__
__Haverty Furniture__                     Account # __5714696__

Have you ever filed for Petition of Bankruptcy? __No__ If so, give full details _____
Have you been refused credit or has your credit been terminated during the past three years? __No__ If so, give full details _____

①

## PART III – CREDIT INFORMATION

| Credit References: | | INDICATE SOURCE & AMOUNT | INDICATE CHECKING OR SAVINGS |
|---|---|---|---|
| CITIBANK | | Account # 427086671 | |
| DISCOVER CARD | | Account # 601100637003537/ | |
| HAVERTY FURNITURE | | Account # 5714696 | |

Have you ever been refused credit or has your credit been terminated during the past three years? NO   If so, give full details.

Have you ever filed for Petition of Bankruptcy? NO   If so, give full details.

I have you ever received a request to vacate, or been evicted from any apt. or rental property or broken your lease? NO   If so, give full details.

NUMBER OF CARS (Include Co. Cars) _____

Make/Model _____   Year _____   Driver's License # _____   State _____

Make/Model _____   Year _____   License # _____

Make/Model _____   Year _____   License # _____

**WE REQUIRE PHOTOCOPY OF DRIVERS LICENSE(S)**

***
Applicant has deposited herewith the sum of $ 200.00, receipt of which is hereby acknowledged as a non-interest bearing deposit (not as a rental payment). If the applicant fails or refuses apartment tendered for any reason, the Lessor shall retain said deposit to cover the cost of taking and processing this application. In the event this application is disapproved, deposit will be returned to applicant. The undersigned represents that the above statements are true and complete and authorizes verification of information and references given.

| | | |
|---|---|---|
| Security deposit | $ 100.00 | |
| Processing Fee | $ 100.00 | <--- Non refundable |
| Application Fee | $ | <--- Non refundable |
| Deposit for Pets (if allowed) | $ 30.00 | <--- Non refundable |
| Pet Fee | $ | |
| TOTAL PAID with Application | $ 230.00 | |

_Mary A. Rundl_                                _[signature]_
Signature – Applicant                            Signature – Applicant

**For office use only:**

| | | |
|---|---|---|
| Referred by: _____ | Date: _____ | Apt. Type _____ Address _____ |
| Accepted by: _____ | Date: _____ | Rent Amount $ _____ Concessions _____ |
| Approved by: _____ | Date: _____ | Move-in Date _____ Lease Term _____ |
| Rejected by: _____ | Date: _____ | Leasing Consultant _____ |

C-10



# UNITED STATES POSTAL SERVICE
## Notification of Personnel Action

| # | Field | Value | # | Field | Value |
|---|---|---|---|---|---|
| 01 | EFFECTIVE DATE | 02-27-1999 | 02 | SOCIAL SECURITY NUMBER | 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 |

### EMPLOYEE INFORMATION

| # | Field | Value | # | Field | Value |
|---|---|---|---|---|---|
| 03 | EMPLOYEE NAME-LAST | CLEMMONS | 39 | FLSA STATUS | N - NON-EXEMPT |
| 04 | EMPLOYEE NAME-FIRST | SAMUEL | 40 | PAY LOCATION | 125 |
| 05 | EMPLOYEE NAME-MIDDLE | L | 41 | RURAL CARRIER-ROUTE | |
| 06 | MAILING ADDRESS STREET/BOX/APT | 3933 N CLARENDON AVE APT | 42 | RURAL CARR-L-RTE ID | |
| 07 | MAILING ADDRESS-CITY | CHICAGO | 43 | RURAL CARR-PAY TYPE | |
| 08 | MAILING ADDRESS-STATE | IL | 44 | RURAL CARR-TRI-WEEKLY | |
| 09 | MAILING ADDRESS-ZIP+4 | 60613-3201 | 45 | RURAL CARR-FLSA | |
| 10 | DATE OF BIRTH | 06-04-1965 | 46 | RURAL CARR-COMMIT | |
| 11 | VETERANS PREFERENCE | 2 - 5 POINTS | 47 | RURAL CARR-EMA | |
| 12 | SEX | M | 48 | RURAL CARR-HOURS | |
| 13 | MINORITY | C - BLACK, NON-HISPANIC | 49 | RURAL CARR-MILES | |
| 14 | DISABILITY | 05 | 50 | JOB SEQUENCE | 1 |
| 15 | LEAVE COMP DATE | 03-29-1994 | 51 | OCCUPATION CODE | 2315-55XX |
| 16 | ENTER ON DUTY DATE | 12-06-1997 | 52 | POSITION TITLE | MAIL PROCESSOR |
| 17 | RETIREMENT COMP DATE | 12-06-1997 | 53 | FUNCTIONAL OPER NBR | 1100 |
| 18 | SERV ANNIVERSARY PPYR | 26-1997 | 54 | DESIGNATION/ACTIVITY | 41/0 |
| 19 | TSP ELIGIBILITY | Y - ELIGIBLE WITH DEDUCT | 55 | POSITION TYPE | 3 - PART TIME FLEXIBLE |
| 20 | TSP SERVICE COMP DATE | 12-06-1997 | 56 | LIMIT HOURS | |
| 21 | PRIOR CSRS SERVICE | N | 57 | ALLOWANCE CODE | |
| 22 | FROZEN CSRS TIME | 00/00/00 | 58 | EMPLOYMENT TYPE | |
| 23 | LEAVE DATA CATEGORY | 6 - HOURS/PP | | **SALARY INFORMATION** | |
| 24 | LEAVE DATA ORIG PPYR | 09-2009 | 59 | PAY RATE CODE | H - HOURLY |
| 25 | LEAVE DATA TYPE | 2 - EARN AS YOU GO | 60 | RATE SCHEDULE CODE | P - PS |
| 26 | CREDIT MILITARY SERV | | 61 | GRADE/STEP | 04/A |
| 27 | RETIRED MILITARY | | 62 | BASE SALARY | 12.87 |
| 28 | RETIREMENT PLAN | 8 - FERS | 63 | COLA | |
| 29 | EMPLOYEE STATUS | | 64 | COLA ROLL-IN IND | |
| 30 | LIFE INSURANCE | Z - 10,000 + 5X PAY + FAM | 65 | NEXT STEP PPYR | 22-1999 |
| 31 | SPECIAL BENEFITS | | 66 | MERIT ANNIV DATE | |
| | **POSITION INFORMATION** | | 67 | MERIT LUMP SUM | |
| 32 | EMPLOY OFFICE-FIN NO | 16-3875 | 68 | SPECIAL SALARY CODE | |
| 33 | EMPLOY OFFICE-NAME | IRVING PARK ROAD PROC/DIS | 69 | PROTECTED RSC | |
| | | | 70 | PROTECTED GRADE/STEP | |
| 34 | EMPLOY OFFICE-ADDRESS | CHICAGO IL 60607-9998 | 71 | EXPIRATION PPYR | |
| | | | 72 | PROTECTED RC HOURS | |
| 35 | DUTY STATION-FIN NO | 16-3875 | 73 | PROTECTED RC MILES | |
| 36 | DUTY STATION-NAME | IRVING PARK ROAD PROC/DIS | 74 | RC GUARANTEED SALARY | |
| 37 | APPT EXPIRATION DATE | | 75 | ANNUITY AMOUNT | |
| 38 | PROBATION EXPIR DATE | | 76 | RED CIRCLE CODE | 0 |

### NATURE OF PERSONNEL ACTION

| # | Field | Value | # | Field | Value |
|---|---|---|---|---|---|
| 77 | NATURE OF ACTION CODE | 912 | 78 | AUTHORITY | 39-USC Sect 1001 |
| 79 | DESCRIPTION | MASTER FILE REVIEW | 80 | CODE | 81 CODE | 82 CODE | 83 CODE |
| 84 | REMARKS | | | | |



**Trustmark**
National Bank

Statement
From: 04-18-99
To:     05-17-99

Page 1 of 3

```
MARY A ROUNDS OR
AMANDA ROUNDS OR
CONNIE ROUNDS OR SAMUEL CLEMMONS
PO BOX 705
BROOKHAVEN MS  39602-0705
```

| Account Type | Account Number | Social Security Number |
|---|---|---|
| Umbrella Checking | ████████ | ████5367 |

|  | Transactions | Amount |
|---|---|---|
| Balance Last Statement |  | $19.08 |
| Total Deposits / Credits | 3 | 583.00 |
| Total Checks / Debits | 6 | 463.38 |
| **Balance This Statement** |  | **$138.70** |

### Deposit and Credit Transactions

| Date | Amount | Description |
|---|---|---|
| 04/30 | 147.00 | ACH DEPOSIT US TREASURY 349 SUPP SEC |
| 05/03 | 220.00 | ACH DEPOSIT US TREASURY 303 SOC SEC |
| 05/03 | 216.00 | ACH DEPOSIT US TREASURY 303 SOC SEC |

### Withdrawal and Debit Transactions

#### Electronic Transactions - ACH, ATM, & POS Debits

| Date | Amount | Description |
|---|---|---|
| 04/26 | 8.43 - | ACH DEBIT AARP LIFE INS. INSURANCE |
| 04/29 | 5.00 - | ATM DEBIT CASH WITHDRAWAL # 0575 D491 TMK DOWNTOWN BR BROOKHAVEN |
| 05/03 | 100.00 - | ATM DEBIT CASH WITHDRAWAL # 0822 D491 TMK DOWNTOWN BR BROOKHAVEN |
| 05/17 | 8.95 - | SERVICE CHG FEE |

### Checks

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 528 | 05/07 | 41.00 | 530 * | 05/03 | 300.00 |  |  |  |

Number of image items included in this statement - 2

*Indicates break in check number sequence.

④

