# INFORMATION ABOUT RESIDENT SERVICES WHERE I PLACED MY MOTHER FOR SAFE LIVING.

## Search For An Apartment

Whether you are searching for your next new home, looking to jump-start your career, or just browsing for more information about our company, we would like to welcome you to **Mid-America Apartment Communities.**
Mid-America (MAA:NYSE) is a publicly-traded real estate investment trust with ownership interest in 37,365 apartment homes in 130 communities throughout the southeast and south central United States. Since 1977, we have been exceeding expectations while *Creating Great Places to Live*™. But don't take our word for it—the amount of independent recognition we have received for our superior management, curb appeal, community outreach, and resident satisfaction is proof positive of our dedication to quality.

---

## Satisfaction Guaranteed

We are so confident that you will be completely satisfied with your new home that we will give you 30 days to put it (and us) to the test. If you are not satisfied with your choice, we will be glad to let you out of your lease with no penalties, no additional charges. Subject to Guarantee Guidelines.

---

## Get Connected

The Get Connected service is designed with your convenience in mind. It streamlines every step of the moving process into one easy-to-use website.
Make your move faster and easier than ever before. Save time and money by ordering your utilities, local and long distance telephone services, cable and satellite services, high-speed Internet Services, renters insurance and more. We guarantee the best prices on the brands you trust, and this service is available to you absolutely free.
**To register for the Get Connected service**, stop by the community office for more details and registration information.
**Already a Registered User?** Sign In Here

---

## Service Extreme

Our Service Xtreme pledge means no more waiting and wondering what to do to get things repaired.
At Mid-America Apartment Communities, you can rest assured that someone is always on the job. It is our pledge to every resident that we will respond to your maintenance request within 24 hours of your report. Every community has a trained Service Technician on call 24 hours a day, available to assist you with any maintenance emergency.

---

## Safety Guidelines

At Mid America Apartment Communities, we realize that safety is important in choosing an apartment home. Because of this we are offering this information to assist in making an informed decision in selecting your new home. While we take reasonable steps to provide you with the measures to take responsibility for your own personal safety and security, please understand that Mid America cannot guarantee the safety and security of anyone. If you have any questions or would like further information, please do not hesitate to contact the Community Manager.

**"How safe is this community?"**

Sadly, crime may be a factor anywhere a person chooses to live. Because of this, it is not possible for Mid America to say whether or not the area is safe. We attempt to minimize risk by making reasonable efforts to inform our resident of significant criminal situations that have occurred as we are notified. The best way to get an accurate picture of the neighborhood is by contacting local law enforcement. They are the only source that can provide you with the most up to date information. The ultimate evaluation concerning the safeness of this community is a personal one that only you can determine. Residents of this community are encouraged to notify us in writing of any criminal activity in the community or in the surrounding area.

**"How is security handled at your communities?"**

We stand by our commitment to make reasonable efforts to minimize risk by keeping our residents informed and aware. However, we have made a conscious decision to not use the work "secure" as it may be misleading or project a false sense of security and safety. Due to human error, mechanical malfunction, even the most sophisticated alarm systems and limited access gates cannot ensure personal safety. Security is provided by local law enforcement agencies, just as they do for any other neighborhood in the surrounding area. Services of an after hours representative may also be contracted at times to assist property management in performing various tasks. Please note that after hours representatives are not security guards.

**"How do I report suspicious activity?"**

To provide the fastest response possible, local law enforcement should be called immediately. You should then inform management of the situation afterward. We encourage community awareness and urge our residents to contact us in writing about any issue that might affect our residents.

**"Are my personal items covered by insurance?"**

Renters insurance is the best way to protect your belongings and any liability that may result from damages you may cause to community property or that of other residents. Our insurance policy does not provide coverage for your personal property.

**"How do I report safety concerns such as lights that are out of malfunctioning?"**

Should you notice any lights that are out or not functioning properly, management urges you to report it to the office immediately. We make an effort to maintain a well-lit environment at the community, but your assistance in identifying specific areas that need attention are very beneficial.

**Regarding your automobile:**

Keep your vehicle locked at all times
Look inside your vehicle before entering
Roll up windows completely
Do not leave valuables or packages visible in the car
Never leave a child in the car, unattended, even for a brief moment

**"How are after hours lock-outs handled?"**

The community does not provide lock out services after hours. If you should lose your keys or lock yourself out of your apartment after the offices are closed, a locksmith should be called for assistance. If you have the locksmith change the lock, it is your responsibility to contact the office so that the lock may be re-keyed during regular office hours. Should your keys be lost, do not hesitate to request that your locks be re-keyed. This service will be provided to you at a minimum cost.

**"Who has access to my apartment?"**
Community employees and approved vendors will be granted access to your apartment for regular maintenance services. Usually, management provides you at least 24 hours written notice. In case of an emergency or upon your request, we would enter your apartment immediately.

**Protecting Yourself and your personal property**
- Check your smoke detector periodically to ensure that it is working.
- Grilling is not allowed on any patios or balconies within 25 feet of any building.
- Do not leave lit candles or any active fireplace unattended. Do not leave your stove unattended while cooking.
- Keep doors and windows locked at all times, even when you are at home.
- Utilize the deadbolts that are furnished with your apartment.
- Report any door and window operation or lock malfunction to the office immediately.
- Never sleep with doors or windows unlocked or open.
- Never open your door to anyone that you do not know. Use the peephole in the door.
- Never leave children inside/outside your apartment with out appropriate supervision. Never allow children to play near open windows, to ensure that they don't fall out.
- Report any solicitors to the property office. Solicitation is not permitted at the community, unless prior arrangements have been made with management.
- Lock your apartment securely before leaving. Do not leave your apartment unlocked even for just a quick errand.
- Try not to walk alone at night.
- Do not hide a key under the doormat or around the door. This is usually where criminals look.
- Do not display Christmas packages or gifts by the windows of your apartment.
- Always be aware of your surroundings at all times.

---

Neighborhood Network

We are a *community*, not just a complex. Your apartment home is your own quiet haven away from the outside world. However, if being neighborly is what you want, then our Neighborhood Network Programs offer something for everyone — pool parties, holiday festivities, children's activities, health fairs, educational seminars, and even volunteer opportunities. Ask your Property Manager for more details on your community's activities.

---

Renter's Insurance

Protecting your property and guarding your personal liability is often overlooked, but it's an important part of apartment living. We strongly recommend that all of our residents carry renter's insurance. We have a partnership with a very reputable and financially sound insurance company to provide you with high quality, low cost renter's insurance. As a resident of our community, you automatically qualify to receive coverage.
Renter's insurance is more affordable than you may think. For a very low premium, you

can:
- Protect your possessions and personal property
- Protect yourself against personal liability
- Obtain assistance if your apartment home is damaged or unlivable

Enrollment is easy. You can purchase a renter's insurance policy online in about ten minutes or, if you prefer, call toll-free. A licensed insurance agent will answer any questions you might have. To order online click here, or call (800-589-9106).

---

RE/MAX Heading Home Program

Mid-America Apartment Communities has teamed up with RE/MAX Heading Home to help you get closer to owning your own home. Once you enroll in the RE/MAX Heading Home program, you will begin earning credits that can be redeemed when you finance the purchase of your home.

To earn credits, all you have to do is make your rent payments. Once enrolled you begin earning credits immediately. The credit is 15% of the rent payment you make under your lease. You can earn up to 1% of your future home loan amount, to a maximum of $4000. You will also receive personalized assistance and coaching on the home buying process from professionals in the real estate and mortgage lending industry.

It's our way of saying "Thank You" for making Mid-America Apartment Communities your home. For more details about the RE/ MAX Heading Home program, or to enroll, visit www.remaxheadinghome.com/maac. Sign up today for a one-time registration fee of $49.95 and an annual renewal fee of only $9.95. Once you complete your enrollment, you will immediately receive $50 in credits as a *"Thank You"* gift.

---

Open Arms
**'Open Arms' Open Doors**
By Janice Myers Through a charitable initiative, Mid-America provides free housing to patients obtaining medical treatment away from their homes. In ten years the program has helped more than 1,000 families. **Committed to Curb Appeal**
By David Nischwitz
Including regional landscaping directors on its executive team has helped Mid-America greatly improve its communities' curb appeal through the diligent use of capital investments.

---

Awards

Mid-America's own company charity provides free, furnished apartment homes to families in medical crisis. Medical crisis often takes families away from home in search of the best care, and setting up a second home near the treatment center can be a great financial strain. To lighten the burden, Mid-America's company charity, Open Arms provides a fully furnished apartment free of charge to those in need. Open Arms residents may stay as long as their treatments last. Click here for more information or Click here to view a list of Open Arms Locations.

(9)

------------------------------------------------------------------------------------

**Mid America Apartment Communities**
Property Mangement Firm of the Year, Finalist
National Association of Home Builders
Pillars of the Industry Award
**Alabama**
**Abbington Place at South Pointe, Huntsville**
Beautification Honor Roll, City of Huntsville**The Paddock Club, Huntsville**
Beautification Award, City of Huntsville

**Eagle Ridge Apartments, Birmingham**
Beautification Award, Greater Birmingham Association of Home Builders Association of Apartment Homes

**Eagle Ridge Apartments, Birmingham**
Best Seasonal Color Program, Greater Birmingham Association of Home builders Association of Apartment Homes

**Eagle Ridge Apartments, Birmingham**
Best Seasonal Color Program Designer, Greater Birmingham Association of Home Builders Association of Apartment Homes
Back to Top
**Florida**
**Kristi Steward, Woodbridge at the Lake, Jacksonville**
**Rookie of the Year Award**
First Coast Apartment Association - Annual Circle of Excellence Award**Michael Bruce, Lighthouse at Fleming Island, Jacksonville**
Maintenance Supervisor of the Year
First Coast Apartment Association - Annual Circle of Excellence Award**Savannahs at James Landing, Melbourne**
Beautification Award for Multi-Family Dwellings
Melbourne Beautification & Enviornment Advisory Committee**Patricia Vasiloff, The Paddock Club, Jacksonville**
Property Manager of the Year, First Coast Apartment Association

**The Savannahs at James Landing, Melbourne**
Beautification Award, City of Melbourne
Back to Top
**Georgia**
Terraces at Towne Lake , Woodstock
Most Beautiful Lawn in Towne, Towne Lake Council


Shenandoah Ridge Apartments, Augusta

First Place Beautification Award, The Central Savannah River Area Apartment Association

Bradford Pointe, Augusta
First Place Beautification Award, The Central Savannah River Area Apartment Association
Back to Top
Kentucky
Stonemill Village, Louisville
Second Place Beautification Award, Louisville and Jefferson County Beautification Committee

Randy Hall, Grand Reserve Apartments, Lexington
Landscape Technician of the Year, Lexington Apartment Association

Leslie Cornett, The Village Apartments, Lexington
Leasing Specialist of the Year, Lexington Apartment Association

Grand Reserve Apartments, Lexington
Overall Team of the Year, Lexington Apartment Association

Kim Sartipi, The Mansion, Lexington
Property Manager of the Year, Lexington Apartment Association

Melissa West, Mid-America Apartment Communities
Supervisor of the Year, Lexington Apartment Association

Grand Reserve Apartments, Lexington
First Place Triple Crowne Beautification Award, Lexington Apartment Association

The Village Apartments, Lexington
First Place Triple Crowne Beautification Award, Lexington Apartment Association

The Mansion, Lexington
First Place Triple Crowne Beautification Award, Lexington Apartment Assocaition

Lakepointe Apartments, Lexington
Second Place Kentucky Derby Beautification Award, Lexington Apartment Association
Back to Top

Mississippi
Riverhills, Grenada

Civic Pride Award, Grenada County Chamber of CommerceRiverhills, Grenada
Civic Pride Award, City of Grenada

Pear Orchard Apartments, Jackson
Beautification Award, Mississippi Multifamily Council

Crosswinds Apartments, Jackson
Beautification Award, Mississippi Multifamily Council

Curtis Gibson, Crosswinds, Jackson
Maintenance Technician of the Year, Mississippi Multifamily Council

Randi Kale, Pear Orchard Apartments, Jackson
Assistant Manager of the Year, Mississippi Multifamily Council

Sondra Calhoun Kessie, Pear Orchard Apartments, Jackson
Leasing Consultant of the Year, Mississippi Multifamily Council

Pear Orchard Apartments, Jackson
Overall Winner for the City of Ridgeland Beautification Award, City of Ridgeland and the Ridgeland Chamber of Commerce
Back to Top
South Carolina

The Colony at Southpark, Aiken
Second Place Beautification Award, The Central Savannah River Area Apartment Association

Woodwinds Apartments, Aiken
Third Place Beautification Award, The Central Savannah River Area Apartment Association

Park Place Apartments, Spartanburg
Crowne Excellence Award in Landscape Design, Upper State Apartment Association

Highland Ridge Apartments, Taylors
Crowne Excellence Award in Floral Design, Upper State Apartment Association

The Paddock Club, Greenville
Crowne Excellence Award in Floral Design, Upper State Apartment Association
Back to Top


Tennessee
Marla Staton, Central Region, Regional Vice President
Multi-Site Manager of the Year

National Association of Home Builders
Pillars of the Industry Award Kirby Station Apartments, Memphis
Beautiful Business Award and Hall of Fame induction, Memphis City Beautiful Commission

Hidden Creek, Chattanooga
First Place Beautification Award, Chattanooga Apartment Association

The Oaks, Jackson
Jackson City Beautiful Civic Pride Award, City of Jackson

Post House North, Jackson
Jackson City Beautiful Civic Pride Award, City of Jackson

Bradford Chase Apartments, Jackson
Best Landscape Award, Apartment Association of Greater Memphis

Rita Van Pelt, Greenbrook Apartments, Memphis
Assistant Property Manager of the Year, Apartment Association of Greater Memphis

John Henry, Greenbrook Apartments, Memphis
Leasing Professional of the Year, Apartment Association of Greater Memphis

Loretta Williams, Greenbrook Apartments, Memphis
White Glove Award, Apartment Association of Greater Memphis

Kirby Station , Memphis
Best Landscape Award, Apartment Association of Greater Memphis

Park Estate Apartments, Memphis
Best Landscape Award, Apartment Association of Greater Memphis

The Reserve at Dexter Lake, Memphis
Outstanding Maintenance Team of the Year, Apartment Association of Greater Memphis

Brentwood Downs , Nashville
First Place Beautification Award, Greater Nashville Apartment Association

The Paddock Club, Murfreesboro
First Place Beautification Award, Greater Nashville Apartment Association

Grande View, Nashville
Best of the Best Award, Greater Nashville Apartment Association

**Gina Mize, Greenbrook Apartments**
Accredited Residential Manager of the Year, Institute of Real Estate Management Memphis Chapter
Back to Top
**Texas**
**Pamela Combs and Tami Lawrence, Courtyards at Campbell, Dallas**
Crime Watch Recognition Award, City of Dallas and Dallas Mayor Laura Miller

**The Lane at Towne Crossing, Dallas**
Best Apartment Community for 2004, Mesquite TX News Readers Choice Poll
Back to Top
**Virginia**
**The Township in Hampton Woods, Hampton**
Best Overall Merit Winner, Peninsula Apartment Council**The Township in Hampton Woods, Hampton**
Community of the Year, Richmond Apartment Association

---

MAC in the News
**'Open Arms' Open Doors**
By Janice Myers Through a charitable initiative, Mid-America provides**Error! Hyperlink reference not valid.**housing to patients obtaining medical treatment away from their homes. In ten years the program has helped more than 1,000 families.
**Committed to Curb Appeal**
By David Nischwitz
Including regional landscaping directors on its executive team has helped Mid-America greatly improve its communities' curb appeal through the diligent use of capital investments.

---

Be a part of a growing team where you can learn and earn at the same time. Mid-America believes in the perfect balance between your life and your job, and it is that kind of thinking that puts us way above the rest. Not only are we *Creating Great Places to Live*™ , but we are also *Creating Great Places to Work and Learn* for our associates. We believe that it is only through our greatest asset, our associates, that we transform our apartments into homes.
Our Guiding Principles provide the foundation on which to build this leadership with the simple basic principle of treating people with respect. We are looking for people who would like to be part of an intimate team. People who enjoy the work they do, enjoy helping people, and take pride in enhancing the homes and communities of our residents. Sound to good to be true? Then, we invite you to explore our benefits packages to entice you even more. And please check out Career Opportunities to find out what may be waiting just for you.

---

We have made searching for the perfect home easier than ever before. And, you will also find all the resources you need to activate the services you want and compare prices before you sign up. Plus if you are already a resident in one of our many communities,

you will find important safety tips, our service pledge and our satisfaction guarantee.

-------------------------------------------------------------------------------------------

Corporate Profile

Mid-America Apartment Communities, Inc. (the "Company") is a real estate investment trust that owns and manages apartments in the southeast and southcentral United States. The Company has grown from 5,580 apartments at the time of its initial public offering in January 1994 to 38,227 apartments today. The Company is traded on the NYSE under the symbol MAA, and is headquartered at 6584 Poplar Avenue, Suite 300, Memphis, TN 38138.
The Company has expanded in the past through acquisition ... More >>