

Check: 1770  Amount: 7.00

Check: 1771  Amount: 100.00

Check: 1773  Amount: 69.95

Check: 1774  Amount: 200.00

Check: 1775  Amount: 10.00

Check: 1776  Amount: 38.13

Check: 1778  Amount: 337.00



Check:           Amount:800.00

Check:           Amount:425.00

Check:           Amount:1,940.65

Check: 1780  Amount:217.00

Check: 1781  Amount:500.00

Check: 1782  Amount:1,900.00

Check: 1784  Amount:299.00

Check: 1785  Amount:53.00

(17)

**Check:**     **Amount:489.00**

**Check: 1796   Amount:299.00**

**Check: 1797  Amount:72.00**

**Check: 1798  Amount:118.00**