# SPECIAL POWER OF ATTORNEY
## FOR CREDIT REPORT INQUIRIES
### To Conduct Legal Business or Issues on my Behalf and in my Absence

Know All Person by These Presents:

That I, **Mary A. Rounds**, of state of Mississippi resident, with permanent resident being 548 Saint Charles PL Brookhaven, MS 39601, do hereby grant **Sam L. Clemmons**, a paralegal assistant residing at Atlanta, Georgia, as my true and lawful attorney-in-fact to do the following in my name an in my behalf.

I hereby give such person full power of attorney to complete **all** credit bureaus requests to Equifax Credit Services, Trans Union, and Expeian to pull all credit bureau files in my name and under such social security number of ████-86-5367. He is assigned to dispute any wrongful marks on my behalf and clear my name in regard to any wrongful activity on my report. Send all copies of credit files request to his address he request in his letter requesting to release such credit reports.

BY THIS DOCUMENT I GIVE AND GRANT TO my attorney full power and authority to perform every act that is necessary or appropriate to accomplish the purpose for which this Power of Attorney is granted, as fully and effectual as I could do if were present.

## I HEREBY RATIFY ALL THAT MY ATTORNEY SHALL LAWFULLY DO OR CAUSE TO BE DONE BY VIRTUE OF THIS DOCUMENT.

All business transacted hereunder for me or for my account shall be transacted in my name / business name, and that all endorsement and instruments executed by my attorney for the purpose of carrying out the foregoing powers shall contain my name, followed by that of my attorney and the designation "attorney-in-fact."

IN WITNESS WHEREOF, I sign, seal, declare, publish, make and constitute this as and for my Power of Attorney in the presence of the Notary Public witnessing it at my request this date,

SIGNATURE: _Mary A. Rounds_     Date: _5-19-05_

LINCOLN

COUNTY, STATE OF MISSISSIPPI

I, undersigned, certify that I am duly commissioned, qualified, and authorized notary public. Before me personally, within the territorial limits of my warrant of authority, appeared _Mary A. Rounds_, who is known by me to be the person who described herein, who name is subscribed to, and who signed this power of Attorney as Grantor, and who, having been duly sworn, acknowledged that this instrument was executed after its contents were read and duly explained, and that such execution was a free and voluntary act and deed for the use and purposes herein set forth.

IN WITNESS WHEREOF, I have hereunto set my hand and affix my official seal, on _August 19, 2005_ (Month, date, and Year)

_(signature)_     _1-19-06_

(Notary Public Signature)     (My Commission Expires on)

19

RETURN SERVICE REQUESTED                                              09/02/2005    Trans**Union.**

Your TransUnion File Number:  143289239
Password:                                 7GGZ2574
Login Expiration Date:             10/05/2005

MARY H. ROUNDS
1 RR 1 POB 705
BROOKHAVEN, MS 39602

Enclosed is the TransUnion Personal Credit Report that you requested. As a trusted leader in the consumer credit information industry, TransUnion, LLC takes the accuracy of your credit information very seriously. We are committed to providing the complete and reliable credit information that you need to participate in everyday transactions and purchases.

If you believe an item of information to be incomplete or inaccurate, please alert us immediately. We will investigate the data and notify you of the results of our investigation.

To make it easier to request an investigation, you can now submit your request online, **24 hours a day, 7 days a week** anytime before the Login Expiration Date provided above. You must have an active email address to use the online service. Please note that your email address will only be used for communicating with you regarding your request and the results of our investigation. Your email address will not be shared with any non-TransUnion entities.

**To submit an online request for investigation:**

**Step 1.** Go to the TransUnion online investigation service at https://review.transunion.com
**Step 2.** Type Your TransUnion File Number and password as provided above.
**Step 3.** Follow the instructions provided by the web site.

Once submitted, you will receive online confirmation of your request. You will also be notified by email when we complete our investigation and your results will be available online. You can check the status of your investigation online by logging into your account.

Thank you for helping ensure the accuracy of your credit information.

TransUnion Consumer Relations

MARY H. ROUNDS

| Your Credit Score is: |
| --- |

Score created on:
09/02/2005

**This will show a numerical depiction of your creditworthiness.**

| 400 | 475 | 550 | 625 | 700 | 775 | 850 | 925 |
| --- | --- | --- | --- | --- | --- | --- | --- |

Lowest ☐     Highest

**This will show how you compare to the general population.**

| 0% | 20% | 40% | 60% | 80% | 100% |
| --- | --- | --- | --- | --- | --- |

Lowest ☐     Highest

**This will show how most lenders would view your creditworthiness.**

Very Poor    Poor    Fair    Good    Very Good

## About Your TransUnion Personal Credit Score

Your TransUnion Personal Credit Score is displayed above. Your credit score is a snapshot of the contents of your credit report on the day the score was calculated. Using objective, impartial formulas to translate the contents of your credit report into a 3-digit score enables lenders to evaluate your application for credit in a faster, fairer and more consistent manner. Remember, we constantly update the information contained in your credit report, so your TransUnion Personal Credit Score only represents the score a lender would receive if they requested it today.

## Summary

You did not order a TransUnion credit score. You can purchase your credit score for $5.95 by calling 1-866-SCORE-TU or 1-866-726-7388.

## Answers About Credit Scores

**• How are credit scores used?**

A credit score is just one of several factors a company will usually use to decide whether to extend credit, give insurance coverage or provide financial services to you. A variety of other factors will always be considered, such as length of employment, income or previous experience with you. Depending on what you are applying for, different companies give different weights to each of these factors. By using a credit score, they can evaluate your application faster, fairer and more consistently.

**• How can I improve my credit score?**

A credit score is a snapshot of the contents of your credit report at the time it was calculated. The first step in improving your score is to review your credit report to ensure it is accurate. Long-term, responsible credit behavior is the most effective way to improve future scores. Pay bills on time, lower balances and use credit wisely to improve your score over time.

**• How do inquiries affect my credit score?**

Only regular inquiries affect your credit score; and typically they have only a small impact. Delinquencies, balances owed, and the length of time you have used credit are all more important. Also, if inquiries actually did affect your score, we will specifically inform you of this. Inquiries have a greater impact if you have a limited credit history.

---

## Additional Information:

The TransUnion Personal Credit Score is provided to help you better understand how lenders view your credit report. It is not an endorsement or a determination of your qualification for a loan. The scoring model used for this Score Analysis is not necessarily the same scoring model that may be used by a lender, and the resulting credit score may not be identical in every respect to any consumer credit score produced by any other company. Any credit information that has not yet been reported to TransUnion will not be reflected in your consumer disclosure or score. Also, some items disputed directly with creditors are not incorporated in the assessment of your credit score.

# See your 3-in-1 Credit Report!

Plus, you can see all 3 of your credit scores side-by-side. Quick & secure. See the full story instantly!

**Get your score: www.truecredit.com/score**

# Protect yourself from ID theft

Last year, 9.9 million people became victims of identity theft. Protect yourself, it's easy. We'll email you when your credit changes!

**Sign up now: www.truecredit.com/protect**



Number: 143289239
Page: 1 of 3
Date Issued: 09/02/2005    Trans**Union.**

# Personal Information

**Name:**            MARY H. ROUNDS

**SSN:**                     XXX-XX-5367
**Estimated Date of Birth:**  01/1943
**Telephone:**               346-7274
Your SSN is partially masked for your protection.

You have been on our files since 01/1983

## CURRENT ADDRESS

**Address:**        1 RR 1 POB 705
                    BROOKHAVEN, MS 39602
**Date Reported:**  11/2000

## PREVIOUS ADDRESS

**Address:**        1533 RAYMOND RD
                    JACKSON, MS 39204
**Date Reported:**  09/1999

**Address:**        501 PRESTON LAKE DR
                    TUCKER, GA 30084

## EMPLOYMENT DATA REPORTED

**Employer Name:**   DISABLE                    **Position:**
**Date Reported:**   11/2004                    **Hired:**

**Employer Name:**   UNEMPLOYED WITH INCOME     **Position:**
**Date Reported:**   10/1999                    **Hired:**

**Employer Name:**   EASTHAVEN BAPTIST CHURCH   **Position:**   NURSERY WORKER
**Date Verified:**   03/1983                    **Hired:**

Special Notes: Your Social Security number has been masked for your protection. You may request disclosure of the full number by writing to us at the address found at the end of this report. Also, if any item on your credit report begins with 'MED1', it includes medical information and the data following 'MED1' is not displayed to anyone but you except where permitted by law.

# Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | X | OK | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

# Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in ›brackets‹ or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors. (Note: The account # may be scrambled by the creditor for your protection).

**ER SOLUTIONS** #2204227
500 SW 7TH ST
BUILDING A 100
RENTON, WA 98055-2983
(206) 322-4500

**Balance:**          $277
**Date Updated:**     05/2004
**Original Amount:**  $277
**Original Creditor:** CENTENNIAL WIRELESS LOUISIA NNA
**Past Due:**         ›$277‹

**Pay Status:**      ›COLLECTION ACCOUNT‹
**Account Type:**    OPEN ACCOUNT
**Responsibility:**  INDIVIDUAL ACCOUNT

**Loan Type:** COLLECTION AGENCY/ATTORNEY
**Remarks:** ›PLACED FOR COLLECTION‹
**Date placed for collection:** 12/2002
**Estimated date that this item will be removed:** 09/2009

Consumer Credit Report for **MARY H. ROUNDS**

| | |
|---|---|
| Number: | 143289239 |
| Page: | 2 of 3 |
| Date Issued: | 09/02/2005 |

# Satisfactory Accounts

The following accounts are reported with no adverse information. (Note: The account # may be scrambled by the creditor for your protection).

**CITICORP CREDIT SERVICES** #3720364

7930 NW 110TH ST
KANSAS CITY, MO 64153-1270
(817) 581-0331

**Loan Type:** CHARGE ACCOUNT
**Remarks:** CLOSED

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 02/1998 |
| High Balance: | $0 |
| Credit Limit: | $100 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Opened: | 06/1996 |
| Date Closed: | 12/1997 |

**STATE BANK & TRUST** #3499670

PO BOX 319
BROOKHAVEN, MS 39602-0319
(601) 833-4451

**Loan Type:** REAL ESTATE
**Remarks:** CLOSED

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 11/1997 |
| High Balance: | $3,606 |
| Terms: | 288 MONTHLY $150 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | INSTALLMENT ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Opened: | 02/1995 |
| Date Closed: | 04/1997 |

# Regular Inquiries

The following companies have received your credit report. Their inquiries remain on your credit report for two years.

**STATE B&T COLLECTIONS**
PO BOX 8287
GREENWOOD, MS 38735
(662) 453-6811
**Requested On:** 06/17/2005    **Inquiry Type:** INDIVIDUAL

**DISCOVER FINANCIAL SVCS**
248 CHAPMAN RAOD
NEWARK, DE 19703
Phone number not available
**Requested On:** 11/11/2004    **Inquiry Type:** INDIVIDUAL

**STATE BANK & TRUST**
PO BOX 54192
JACKSON, MS 39288
(601) 933-4460
**Requested On:** 10/16/2003    **Inquiry Type:** INDIVIDUAL

# Inquiry Analysis

The companies that request your credit report must first provide certain information about you. Within the past 90 days, companies that requested your report provided the following information.

**STATE B&T COLLECTIONS    Requested On:** 06/17/2005
Identifying information they provided:
MARY H. ROUNDS
420 E CHICKASAW ST
BROOKHAVEN, MS 39601

# Promotional Inquiries

The companies listed below received your name, address and other limited information about you so they could make a firm offer of credit or insurance. They did not receive your full credit report. These inquiries are not seen by anyone but you and do not affect your score.

**MUTUAL OF OMAHA    Requested On:** 09/2003
MUTUAL OF OMAHA PL
OMAHA, NE 68175-0001
Phone number not available

# Special Messages

**OTHER MESSAGES:** FILE PREVIOUS ADDRESS REPORTED MISUSED AND REQUIRES FURTHER INVESTIGATION

23

Consumer Credit Report for **MARY H. ROUNDS**



**umber:** 143289239
**Page:** 3 of 3
**Date Issued:** 09/02/2005    Trans**Union**.

## Should you wish to initiate an investigation, you may do so,

**At our web site:**
https://review.transunion.com

**By Mail, after completing and returning the enclosed Investigation Request form to:**
TransUnion Consumer Relations
P.O. Box 2000
Chester, PA 19022-2000

**By Phone:**
1-800-916-8800
You may contact us between the hours of 8:00 a.m. and 8:00 p.m. Eastern Time, Monday through Friday, except major holidays. **Residents of Alaska and Hawaii please note: Hours of operation are 8:30 a.m. to 4:30 p.m. in your local time zone.**

For all correspondence, please have your TransUnion file number available (located at the top of this report).

Additional space for  **2**    Tell us what you disagree with on your credit report.

---

Company Name: [ ]

Account #: [ ]

The reason I disagree:
- [ ] This is not my account
- [ ] I have never paid late
- [ ] This account is in bankruptcy
- [ ] This account is closed
- [ ] I have paid this account in full
- [ ] I paid this before it went to collection or before it was charged off
- [ ] Other: [ ]

---

Company Name: [ ]

Account #: [ ]

The reason I disagree:
- [ ] This is not my account
- [ ] I have never paid late
- [ ] This account is in bankruptcy
- [ ] This account is closed
- [ ] I have paid this account in full
- [ ] I paid this before it went to collection or before it was charged off
- [ ] Other: [ ]

---

Company Name: [ ]

Account #: [ ]

The reason I disagree:
- [ ] This is not my account
- [ ] I have never paid late
- [ ] This account is in bankruptcy
- [ ] This account is closed
- [ ] I have paid this account in full
- [ ] I paid this before it went to collection or before it was charged off
- [ ] Other: [ ]

---

Company Name: [ ]

Account #: [ ]

The reason I disagree:
- [ ] This is not my account
- [ ] I have never paid late
- [ ] This account is in bankruptcy
- [ ] This account is closed
- [ ] I have paid this account in full
- [ ] I paid this before it went to collection or before it was charged off
- [ ] Other: [ ]

---

**4**    Optional: Write any additional comments. For example, tell us if you have any corrections to your previous address or previous employer.

**Additional Comments:**

To investigate your request, we will contact the source of the disputed information. Each source will be told the nature of your dispute and will be asked to verify the accuracy and/or completeness of the information they reported.

## Summary of Rights 

*Para informacion en espanol, visite www.ftc.gov/credit o escribe a la FTC Consumer Response Center, Room 130-A 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.*

### A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.ftc.gov/credit or write to: Consumer Response Center, Room 130-A, Federal Trade Commission, 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment - or to take another adverse action against you - must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identity theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

  In addition, by September 2005 all consumers will be entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.ftc.gov/credit for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.ftc.gov/credit for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, the consumer reporting agency is not required to remove accurate derogatory information from your file unless it is outdated (as described below) or cannot be verified. A consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.ftc.gov/credit.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-567-8688.

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.ftc.gov/credit.

## A SUMMARY OF YOUR RIGHTS UNDER THE FAIR CREDIT REPORTING ACT, CONTINUED...

States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. Federal enforcers are:

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| Consumer reporting agencies, creditors and others not listed below | Federal Trade Commission:<br>Consumer Response Center - FCRA<br>Washington, DC 20580    1-877-382-4357 |
| National banks, federal branches/agencies of foreign banks (word "National" or initials "N.A." appear in or after bank's name) | Office of the Comptroller of the Currency<br>Compliance Management, Mail Stop 6-6<br>Washington, DC 20219    800-613-6743 |
| Federal Reserve System member banks (except national banks, and federal branches/agencies of foreign banks) | Federal Reserve Board<br>Division of Consumer & Community Affairs<br>Washington, DC 20551    202-452-3693 |
| Savings associations and federally chartered savings banks (word "Federal" or initials "F.S.B." appear in federal institution's name) | Office of Thrift Supervision<br>Consumer Complaints<br>Washington, DC 20552    800-842-6929 |
| Federal credit unions (words "Federal Credit Union" appear in institution's name) | National Credit Union Administration<br>1775 Duke Street<br>Alexandria, VA 22314    703-519-4600 |
| State-chartered banks that are not members of the Federal Reserve System | Federal Deposit Insurance Corporation<br>Consumer Response Center, 2345 Grand Avenue, Suite 100<br>Kansas City, Missouri 64108-2638    1-877-275-3342 |
| Air, surface, or rail common carriers regulated by former Civil Aeronautics Board or Interstate Commerce Commission | Department of Transportation, Office of Financial Management<br>Washington, DC 20590    202-366-1306 |
| Activities subject to the Packers and Stockyards Act, 1921 | Department of Agriculture Office of Deputy Administrator - GIPSA<br>Washington, DC 20250    202-720-7051 |

\*\*\* 143289239-002 \*\*\*

P.O. Box 2000

Chester, PA 19022-2000


RETURN SERVICE REQUESTED


SEPTEMBER 02, 2005          FILE NUMBER 143289239




SAM L CLEMMONS

POB 28558

ATLANTA, GA 30358


Re: MARY ROUNDS, File  143289239


Thank you for contacting TransUnion. Our goal is to maintain
complete and accurate information on consumer credit reports. We
have provided the information below in response to your request
for the above-referenced consumer.


Re: Credit Report Request


Enclosed for your review is a copy of the above-referenced
consumer's credit report.


If you have any additional questions or concerns, please contact
TransUnion at the address shown below, or visit us on the web at
www.transunion.com for general information. When contacting our
office, please provide the above-referenced consumer's current
file number 143289239.


Shontese Norwood

P.O. BOX 2000

CHESTER, PA 19022-2000

(610)546-4000  X3144


PAGE 01



```
*** 143289239-002 ***
P.O. Box 2000
Chester, PA 1902 2000
```

RETURN SERVICE REQUESTED


SEPTEMBER 02, 2005                    FILE NUMBER 143289239




```
    4878 00002659 0001 2101VSA1
SAM L CLEMMONS
POB 28558
ATLANTA, GA 30358
```

Re: MARY ROUNDS, File  143289239

Thank you for contacting TransUnion. Our goal is to maintain
complete and accurate information on consumer credit reports. We
have provided the information below in response to your request
for the above-referenced consumer.

Re: Credit Report Request

Enclosed for your review is a copy of the above-referenced
consumer's credit report.

If you have any additional questions or concerns, please contact
TransUnion at the address shown below, or visit us on the web at
www.transunion.com for general information. When contacting our
office, please provide the above-referenced consumer's current
file number 143289239.

Shontese Norwood
P.O. BOX 2000
CHESTER, PA 19022-2000
(610)546-4600  X3144


                              PAGE 01

PO Box 740256
Atlanta GA 30348

September 8, 2005



**EQUIFAX**

To Start An Investigation, Please Visit Us At:
www.investigate.equifax.com



000515985-1486
Mary A Rounds C/O Sam L. Clemmons
PO Box 28558
Atlanta, GA 30358-0558

Dear Mary A Rounds C/O Sam L. Clemmons:

Thank you for requesting your credit file, commonly called a Consumer Credit Report. Your credit file contains information received primarily from companies which have granted you credit and from public record sources. Great care has been taken to report this information correctly. Please help us in achieving even greater accuracy by reviewing all of the enclosed material carefully.

To allow us to protect your privacy and deliver prompt service, please have your confirmation number accessible when you call or visit our web site. If there are items you believe to be incorrect, you may be able to initiate an investigation request via the Internet 24 hours a day, 7 days a week at:

### www.investigate.equifax.com

Using the Internet to initiate an on-line investigation request will expedite the resolution of your concerns.

Or you may complete the enclosed Research Request Form and return it to:

**Equifax Information Services LLC
PO Box 740256
Atlanta GA 30348**

*NOTE: Sending the Research Request Form to any other address will delay the processing of your request.*

**Under the FACT Act, you have the right to request and obtain a copy of your credit score. To obtain a copy of your credit score, please call our automated ordering system at:** *1-877-SCORE-11*.

---

### The FBI Has Named Identity Theft As The Fastest Growing Crime In America.
Protect yourself with Equifax Credit Watch™, a service that monitors your credit file every business day and notifies you within 24 hours of any activity. To order, go to: *www.creditwatch.equifax.com*

---

# EQUIFAX

## CREDIT FILE : September 8, 2005

Confirmation # 5251026191

**Personal Identification Information** (This section includes your name, current and previous addresses, and any other identifying information reported by your creditors.)

Name On File: Mary H Rounds

Social Security #: ████-██-5367    Date of Birth: December 20, 1943

Current Address: 400 Grenn St Apt A4 6, Brookhaven, MS 39601 Reported: 08/2000

Previous Address(es): 1533 Raymond Rd Apt 79, Jackson, MS 39204 Reported: 11/1999
2858 Hopewell Rd NE, Brookhaven, MS 39601 Reported: 07/1999

Last Reported Employment: SSI; SSI;

Previous Employment(s): Disability;
Disabled;

**Please address all future correspondence to:**

www.investigate.equifax.com

Equifax Information Services LLC
PO Box 740256
Atlanta GA 30348

Phone: (800) 605-7819
M - F 9:00am to 5:00pm in your time zone.

In order to speak with a Customer Service Representative regarding the specific information contained in this credit file, you must call **WITHIN 60 DAYS** of the date of this credit file **AND** have a copy of this credit file along with the confirmation number.

**Credit Account Information**
(For your security, the last 4 digits of account number(s) have been replaced by ?) (This section includes open and closed accounts reported by credit grantors.)

**Account Column Title Descriptions:**

Account Number - The Account number reported by credit grantor
Date Acct. Opened - The Date that the credit grantor opened the account
High Credit - The Highest Amount Charged
Credit Limit - The Highest Amount Permitted
Terms Duration - The Number of Installments or Payments
Terms Frequency - The Scheduled Time Between Payments
Months Reviewed - The Number of Months Reviewed
Activity Description - The Most Recent Account Activity
Creditor Class - The Type of Company Reporting The Account
Date Reported - The Month and Year of the Last Account Update
Balance Amount - The Total Amount Owed as of the Date Reported

Amount Past Due - The Amount Past Due as of the Date Reported
Date of Last Paymnt - The Date of Last Payment
Actual Pay Amt - The Actual Amount of Last Payment
Sched Pay Amt - The Requested Amount of Last Payment
Date of Last Actvty - The Date of the Last Account Activity
Date Maj Delq Rptd - The Date the 1st Major Delinquency Was Reported
Charge Off Amt - The Amount Charged Off by Creditor
Deferred Pay Date - The 1st Payment Due Date for Deferred Loans
Balloon Pay Amt - The Amount of Final(Balloon) Payment
Balloon Pay Date - The Date of Final(Balloon) Payment
Date Closed - The Date the Account was Closed

1 : 30-59 Days Past Due
2 : 60-89 Days Past Due
3 : 90-119 Days Past Due
4 : 120-149 Days Past Due
5 : 150-179 Days Past Due
6 : 180 or More Days Past Due
G : Collection Account
H : Foreclosure
J : Voluntary Surrender
K : Repossession
L : Charge Off

| Account History | | | |
|---|---|---|---|
| Status Code | | | |
| Descriptions | | | |

**Citibank SD Na**  C/O Citicorp Credit Srvc 7930 NW 110th St Kansas City MO 64153-1270

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Mnths Revd |
|---|---|---|---|---|---|---|
| 372* | 06/1996 | $0 | | | | 19 |

| Items As of | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Activity Description | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date Reported 02/1998 | $0 | | | | | 03/1997 | | | | | | | | |

Current Status - Pays As Agreed; Type of Account - Revolving; Whose Account - Individual Account; ADDITIONAL INFORMATION - Account Paid/Zero Balance;

( Continued On Next Page )

5251026191S37-0005515985- 1486 - 3338  - AS

Page 3 of 8

(31)

*Para información en español, visite www.ftc.gov/credit o escribe a la FTC Consumer Response Center, Room 130-A 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.*

## A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.ftc.gov/credit or write to: Consumer Response Center, Room 130-A, Federal Trade Commission, 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.**

o **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment or to take another adverse action against you must tell you, and must give you the name, address, and phone number of the agency that provided the information.

o **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

  o a person has taken adverse action against you because of information in your credit report;
  o you are the victim of identify theft and place a fraud alert in your file;
  o your file contains inaccurate information as a result of fraud;
  o you are on public assistance;
  o you are unemployed but expect to apply for employment within 60 days.

  In addition, by September 2005 all consumers will be entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.ftc.gov/credit for additional information.

o **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

o **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.ftc.gov/credit for an explanation of dispute procedures.

o **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.



# EQUIFAX  RESEARCH REQUEST FORM

**Upon completion, please return this document to the following address:**

Equifax Information Services LLC
PO Box 740256
Atlanta GA 30348

**Or, if you prefer, you may initiate an investigation request via the internet at:**

**www.investigate.equifax.com**

## Confirmation Number: 5251026191

Intentionally making any false statement to a consumer reporting agency for the purpose of having it placed on a consumer report is punishable by law in some states. To ensure that your request is processed accurately, please enlarge photocopies of any items that contain small print (ie. driver's license, W2 Forms, etc.). Photocopies that are not legible or contain highlighting may cause us to request that you resubmit your requests for clarity.

If your identifying information differs from the information listed on this form, please fill in the correct information in the space provided below each item.

Please provide a photocopy of your driver's license, social security card, or a recent utility bill that reflects the correct information.

Name: Mary H Rounds

SS#: 5367
DOB: December 20, 1943

Current Address: 400 Grenn St Apt A4 6, Brookhaven, MS  39601

Previous Address(es):  1533 Raymond Rd Apt 79, Jackson, MS  39204
2858 Hopewell Rd NE, Brookhaven, MS  39601

Employment: SSI;  Diaabled;

Daytime Phone Number:          Evening Phone Number:

List other names which you have used for credit in the past. _____

For security purposes, if you want your credit report to display no more than the last 4 digits of your social security number **(check here)** ☐

## Credit Account Information

Company Name _____ Account Number _____
**Reason for investigation:** ☐ Not Mine  ☐ Paid in Full  ☐ Current/Previous Payment Status Incorrect  ☐ Account Closed
☐ Other (Please explain) _____

Company Name _____ Account Number _____
**Reason for investigation:** ☐ Not Mine  ☐ Paid in Full  ☐ Current/Previous Payment Status Incorrect  ☐ Account Closed
☐ Other (Please explain) _____

Company Name _____ Account Number _____
**Reason for investigation:** ☐ Not Mine  ☐ Paid in Full  ☐ Current/Previous Payment Status Incorrect  ☐ Account Closed
☐ Other (Please explain) _____

Company Name _____ Account Number _____
**Reason for investigation:** ☐ Not Mine  ☐ Paid in Full  ☐ Current/Previous Payment Status Incorrect  ☐ Account Closed
☐ Other (Please explain) _____

Company Name _____ Account Number _____
**Reason for investigation:** ☐ Not Mine  ☐ Paid in Full  ☐ Current/Previous Payment Status Incorrect  ☐ Account Closed
☐ Other (Please explain) _____

Company Name _____ Account Number _____
**Reason for investigation:** ☐ Not Mine  ☐ Paid in Full  ☐ Current/Previous Payment Status Incorrect  ☐ Account Closed
☐ Other (Please explain) _____



# experian

**Prepared for**
MARY A ROUNDS

**Report date**
September 05, 2005

**Page 1 of 2**

(34)

**Dear MARY A ROUNDS,**

**For faster service, visit www.experian.com for instant online access to your personal credit report, or call 1 888 EXPERIAN (1 888 397 3742) to order your report for delivery by U.S. mail.**

We are responding to your request for a personal credit report. Experian provides complimentary credit reports to consumers who are eligible under federal or state law.

```
||.||...||||..||.||.||.||.||.||..|||||.|.|.|||||..||..|||..|||||..|||
*************** MIXED AADC 683
0004196 1 MB 0.309 L 159
MARY A ROUNDS
548 SAINT CHARLES PL NE
BROOKHAVEN MS 39601-3175
|..||.||..||.||....||.||....|||...|.|.|.|.||.|..||.|
```

Under the federal Fair Credit Reporting Act, we will provide you with a free personal credit report if you received notice within the last 60 days that you were declined credit, insurance, employment or rental dwelling opportunities, or if adverse action was taken against you based on information in an Experian credit report. If you send us a copy of the declination letter or proof of the adverse action, then we will process your request for a free personal credit report.

Some state laws provide for a specified number of complimentary personal credit reports within a specified period of time. If you reside in a state that has legislated complimentary reports, our records indicate that you have exceeded your state's allotment.

Under federal law, you also may receive a free personal credit report if you certify to us that (1) you are unemployed and plan to seek employment within 60 days; (2) you are a recipient of public welfare assistance; or (3) you have reason to believe that your credit information is inaccurate due to fraud. Send your request in writing, specifying one of these reasons, to: Experian, PO Box 9530, Allen, TX 75013.

You also may be eligible for an annual free credit report from each of the nationwide consumer credit reporting companies. To check your eligibility, visit www.annualcreditreport.com or call 1 877 322 8228.

If you do not qualify for a free personal credit report as legislated by any federal or state laws, then you may purchase your report with a check or money order. Fees are as follows: California, $8; Connecticut, $5.30*; Minnesota, $3; Hawaii, $9.86*; New Mexico and South Carolina, $9.99*; New York and Texas, $10.28**; Montana, $8.50; Pennsylvania, $10.17*; South Dakota and West Virginia, $10.07*; and Washington, D.C. $10.05*. All other states, $9.50, if you already have received your allotted free credit report(s) based on your state's law, fees are as follows: Colorado, Massachusetts, New Jersey, $8; Georgia, $9.50; Maine, $5; Maryland, $5.25*; and Vermont, $7.50.

(* includes state/district taxes)

You must include the following information with your request for a personal credit report: full name, including middle initial and generation, such as JR, SR, II, III; Social Security number; date of birth; and complete addresses for the past two years.