February 24, 2000

P. O. Box 105518
Atlanta, GA 30348



000164606-19938 134   19
Samuel Lennious Clemmons Jr
1533 Raymond Rd Apt 79
Jackson MS 39204-4268

Dear Samuel Lennious Clemmons Jr:

Below are the results of your request for Equifax to reinvestigate certain elements of your Equifax credit file. Equifax contacted each source directly and our investigation is now completed. Enclosed is an updated copy of your credit file.

**Results of Your Investigation** (For your security, the last 4 digits of your credit account number(s) have been replaced by ")

We have reviewed the inquiry information. The results are:

Department of Justice
1405 I St NW
Washington, DC 20005-2204

A REVISED COPY OF YOUR CREDIT FILE HAS BEEN SENT TO THIS CREDIT GRANTOR.

Thank you for giving Equifax Credit Information Services the opportunity to serve you.

Glenn King
P.O. Box 740256
Atlanta, GA 30374-0256

# EQUIFAX

Please address all future correspondence to:
Equifax Credit Information Services
P. O. Box 105518
Atlanta, GA 30348
1(800) 882-0648

# CREDIT FILE - Confirmation Number: 005215766

When calling for assistance, please have a copy of this file for reference.

**Personal Identification Information**                                      February 24, 2000

Samuel Lennious Clemmons Jr                                    Social Security #: 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
1533 Raymond Rd Apt 79                                         Date of Birth: June 4, 1965
Jackson, MS  39204

  Previous Address(es):
    3933 N Clarendon Av Apt 305, Chicago, IL  60613
    7533 S Peoria St, Chicago, IL  60620

  Last Reported Employment:   Keep The KIDS Busy Fndt
  Previous Employment(s):     Self Employed
                              Natl Action Finance Service

  **Fraud Victim**
  **File blocked for promotional purposes**

**Credit Account Information** (For your security, the last 4 digits of your account number(s) have been replaced by *)

| Company Name | Account Number | Whose Acct | Date Opened | Months Reviewed | Date of Last Activity | High Credit | Terms | Balance | Past Due | Status | Date Reported |
|---|---|---|---|---|---|---|---|---|---|---|---|
| American Express | 372152132* | I | 05/91 | 14 | 08/92 | $0 | | $0 | | 01 | 08/92 |
| Bank of America | 204907001212* | I | 02/91 | 44 | 08/93 | | | $0 | | R | 10/94 |
| Bank of America UNSECURED | 1001540014* | I | 02/92 | 5 | 04/94 | $3042 | 98 | $0 | | I1 | 05/94 |
| Bank of America AUTO | 1001200012* | I | 01/91 | 9 | 08/93 | $13309 | 48M | $0 | | I1 | 09/93 |
| Citibank Na Studen STUDENT LOAN | 4270866* | I | 09/99 | 3 | 01/00 | $17563 | 120 | $17827 | | I1 | 01/00 |
| Citibank Na Studen REFINANCED STUDENT LOAN | 4270866* | I | 09/97 | 27 | 08/99 | $4500 | 56 | $0 | | I1 | 01/00 |
| Citibank Na Studen REFINANCED STUDENT LOAN | 4270866* | I | 11/93 | | 12/96 | $10648 | 128 | $0 | | I0 | 01/00 |
| Citibank Na Studen PAID ACCOUNT/ZERO BALANCE STUDENT LOAN | 4270866* | I | 07/87 | 38 | 10/93 | $2485 | 50 | $0 | | | 10/99 |
| Citifinancial CLOSED ACCOUNT | 607242133033* | I | 07/90 | 24 | 08/92 | $4234 | 175 | $0 | | I1 | 08/92 |
| Discover Financial CREDIT CARD AMOUNT IN H/C COLUMN IS CREDIT LIMIT | 601100637003* | I | 01/88 | 93 | 12/99 | $5500 | 116 | $5542 | | R1 | 01/00 |
| First USA Bank  Previous Payment History: 1 Time 30 days late; 3 Times 60 days late  Previous Status: 09/97 - R3; 08/97 - R2  ACCOUNT CLOSED BY CONSUMER | 441712256790* | I | 06/94 | 32 | 06/99 | | 73 | $0 | | R1 | 10/99 |
| First USA Bank | 441712256739* | | 06/94 | | 07/94 | Lost or stolen card | | | | | 08/96 |



(Continued on reverse)
Page 1 of 3



# EQUIFAX

Samuel Lennious Clemmons Jr
1533 Raymond Rd Apt 79
Jackson, MS 39204
Social Security #: 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

## CREDIT FILE - Confirmation Number: 005215766

**Companies that Requested your Credit File - Continued**          February 24, 2000

| | | | |
|---|---|---|---|
| 08/12/99 | Equifax - Update | 08/12/99 | Equifax - Update |
| 08/10/99 | Troncalli Nissan | 08/09/99 | USAA |
| 08/05/99 | AR-Base Score Project | 07/20/99 | PRM-At&T Wireless |
| 07/16/99 | Bellsouth - Louis | 07/12/99 | AR-Credit Comm Service LLC |
| 06/17/99 | PRM-Capital One | 06/17/99 | Leasecomm Collections |
| 06/16/99 | PRM-Ameritech Mobile Communic | 06/15/99 | Woodridge Apartments |
| 05/19/99 | DAT EMPL-GA. State Patrol | 05/05/99 | CBC National Collections |
| 03/30/99 | Leasecomm/MA | 03/06/99 | Credit Comm Services LLC |
| 12/02/98 | Bachrachs-Catalog/Decatur | 06/09/98 | Equifax - Update |
| 05/13/98 | Equifax - Disclosure ACIS 813317562 | 03/06/98 | Citibank SD (na) |

### Consumer Statement

Date Recorded: 08/99                                    Date To Remove: 08/01

*** FRAUD ALERT *** FRAUDULENT APPLICATIONS MAY BE SUBMITTED IN MY NAME USING CORRECT PERSONAL INFORMATION// IF YOU ACCESS THIS FILE, PLEASE VERIFY WITH ME, PERSONALLY, THAT IT IS LEGITIMATE// I CAN BE REACHED AT 601-346-7274(DAY/EVENING)





**Entergy Customer Service**
**Centralized Administration**
425 West Capitol Avenue
P.O. Box 551
Little Rock, AR  72203-0551

October 5, 2000

SAMUEL L. CLEMMONS
5675 ROSWELL RD APT 40-A
ATLANTA GA  30342

Re:  EMI
     0001718155
     1533 RAYMOND RD APT 79

Dear SAMUEL L. CLEMMONS:

In order to resolve your inquiry as quickly as possible; please complete the attached page of information. Once complete, mail both pages to my attention at P. O. Box 6008, Mail Unit L-Jef-359, New Orleans, LA. 70174.  If I do not receive your information within 30 days from the date mailed, I will close my file on this dispute.

Sincerely,

*Kim Rodrigue*

Kim Rodrigue
Entergy
Collections Department
(504) 840-2632

December 8, 2000

P. O. Box 105069
Atlanta, GA 30348



000225680-1952  12   69
Samuel Lennious Clemons Jr
5675 Roswell Rd NE Apt 40A
Atlanta GA 30342-1225

Dear Samuel Lennious Clemons Jr:

Below are the results of your request for Equifax to reinvestigate certain elements of your Equifax credit file. Equifax contacted each source directly and our investigation is now completed. Enclosed is an updated copy of your credit file.

**Results of Your Investigation** (For your security, the last 4 digits of your credit account number(s) have been replaced by *)

**We have researched the credit account. The results are:**

Mississippi Power & Light          Account Number:          171*
PO Box 6008
New Orleans, LA 70174-6008
Phone Number: (601) 969-2500

THIS ITEM HAS BEEN DELETED FROM THE CREDIT FILE.

Thank you for giving Equifax Credit Information Services the opportunity to serve you.

Glenn King
P.O. Box 740256
Atlanta, GA 30374-0256

**EQUIFAX**

Samuel Lennious Clemons Jr
5675 Roswell Rd Apt 40a
Atlanta, GA 30342
Social Security #: 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

# CREDIT FILE - Confirmation Number: 031530439

Companies that Requested your Credit File - Continued                                December 8, 2000

| Date | Company | Date | Company |
|---|---|---|---|
| 02/16/00 | AR-Credit Comm Service LLC | 02/04/00 | Equifax - Update |
| 02/02/00 | AR-Bellsouth Telecommunicatio | 01/31/00 | Equifax - Update  ACIS 003103185 |
| 01/31/00 | Equifax - Update | 01/27/00 | MCI |
| 01/19/00 | Equifax - Disclosure  ACIS 001913949 | 01/18/00 | Verizon Wireless |
| 01/17/00 | Equifax - Update | 01/13/00 | AR-Credit Comm Service LLC |
| 01/10/00 | Equifax - Disclosure  ACIS 001000263 | 01/07/00 | Equifax - Update |
| 12/27/99 | Dept of Justice - DEA | 12/27/99 | Bank One |
| 12/22/99 | State Bank | 12/21/99 | Equifax - Disclosure  ACIS 935502082 |
| 12/21/99 | Equifax - Update | 12/20/99 | USAA Federal Savings Bank |
| 12/20/99 | USAA | 12/14/99 | Toyota Credit |
| 12/14/99 | Entergy Corp | 12/13/99 | Mark Escude Toyota |
| 12/10/99 | Equifax - Disclosure  ACIS 934417970 | 12/09/99 | AR-Credit Comm Service LLC |
| 12/07/99 | Leasecomm Collections | 11/03/99 | Equifax - Update |
| 11/01/99 | Equifax - Update | 10/20/99 | Equifax - Disclosure  ACIS 929323755 |
| 10/20/99 | USAA Federal Savings Bank | 10/18/99 | Equifax - Disclosure  ACIS 929115499 |
| 10/12/99 | Equifax - Update | 10/01/99 | Equifax - Update |
| 09/27/99 | Equifax - Update | 09/24/99 | Equifax - Disclosure  ACIS 926724168 |
| 09/18/99 | CBC National Collections | 09/13/99 | Equifax - Disclosure  ACIS 925628965 |
| 09/09/99 | Equifax - Update  ACIS 925208133 | 09/02/99 | Equifax - Update |
| 08/31/99 | Equifax - Update | 08/30/99 | Equifax - Disclosure  ACIS 924230969 |
| 08/25/99 | Equifax - Update  ACIS 923725148 | 08/25/99 | Equifax - Update |
| 08/25/99 | Equifax - Update | 08/16/99 | Equifax - Disclosure  ACIS 922809369 |
| 08/12/99 | Equifax - Update  ACIS 922410262 | 08/12/99 | Equifax - Update |
| 08/12/99 | Equifax - Update | 08/10/99 | Troncalli Nissan |
| 08/09/99 | USAA | 07/16/99 | Bellsouth - Louis |
| 06/17/99 | Leasecomm Collections | 06/15/99 | Woodridge Apartments |
| 05/19/99 | DAT EMPL-GA. State Patrol | 05/05/99 | CBC National Collections |
| 03/30/99 | Leasecomm/MA | 03/06/99 | Credit Comm Services LLC |

**Consumer Statement**

Date Recorded: 09/00                                                          Date To Remove: 08/01

*** FRAUD ALERT *** FRAUDULENT APPLICATIONS MAY BE SUBMITTED IN MY NAME USING
CORRECT PERSONAL INFORMATION// IF YOU ACCESS THIS FILE, PLEASE VERIFY WITH ME,
PERSONALLY, THAT IT IS LEGITIMATE// I CAN BE REACHED AT 404-255-3566(DAY/EVENING)





# T.F.B. MANAGEMENT
### 3933 N. CLARENDON AVE., SUITE 7A
### CHICAGO, ILLINOIS 60613
### (773) 525-8980

September 1, 1998

Samuel Clemmons
3933 N. Clarendon Ave., #305
Chicago, Il 60613

Dear Mr. Clemmons,

### Re: LEASE EXTENSION AGREEMENT

I am very happy to advise you that we are in the fortunate position of renewing your lease for another year.

To avail yourself of this offer please sign below and return one copy of this AGREEMENT to the office on the premises or to the address above.

1) Lease term is extended from November 1, 1998 to October 31, 1999.

2) The monthly rent will be increased to $590.00.

3) Your current security deposit is $580.00.

4) Increase in your security deposit is $10.00.

5) All other terms and conditions of the original lease remain in full force and effect, with this document becoming a part of same and is hereby incorporated into said lease.

You must give management thirty days notice in writing prior to moving. If proper notification is not received, you will forfeit your security deposit. Therefore, if you have no desire to renew this offer, we will commence to show your apartment to prosecutive tenants upon receipt of your letter.

IN WITNESS WHEREOF, both parties hereto execute this modification and extension agreement.

_____        _____
            Tenant                                Landlord
                                              T.F.B. Management

_____
            Date

(41)

*Samuel L. Clemmons*
*1533 Raymond Road, #79*
*Jackson, MS 39204*
*601-346-7274*

November 10, 1999

T.F.B. Management
3933 N. Clarendon Ave., Suite 7A
Chicago, IL 60613

**Re: Request Information**

Dear T.F.B. Management:

I'm requesting you to take a second of your time to fill out the attached work statement and forward it back to me in the enclosed self address envelope.

Thanks you,

Sincerely,

*[signature]*
Samuel L. Clemmons

**Work Statement for Individual listed below(to) will be used to support individual Medical, Court or related matter concerning the character and work performance of individual.**

October 1, 1999

T.F.B Management
**ATTN. Manager or Assistant**
3933 N. Clarendon Ave
Chicago, IL 60613

**RE: Samuel L. Clemmons**

Dear Sir or Madam:

We would like to take a few seconds or minutes to respond to the following questions below in reference to the name of the individual listed above.

The questions are:

How long did the individual live at this address? _FROM 10.30 1997 – TO 02.05, 1999_

Did the individual live out his or her lease?

☐ Yes   ☒ No

If no, when was the lease broken? _02.05 1999_ (Date)

What did the individual lose (forfeit of deposit)? $ _605.00_

Why was the lease broken? (Please check the appropriate box below)

☐ Medical Reasons   ☐ Hardship   ☐ Delinquent   ☐ Legal   ☒ Other

Did the individual make lease payments on time?

☒ Yes   ☐ No

Overall rate the individual stay in this facility. Check the appropriate box below

☐ Below   ☐ Average   ☒ Excellent   ☐ Outstanding   ☐ Not Rated

I certify that I have made the following comments concerning the individual above.

_BECIR BCB CUBIC MANAGER_          _11.15.99_
Name & Title                                          Date

(43)