**UNITED STATES POSTAL SERVICE®**

# CUSTOMER'S RECEIPT

| KEEP THIS RECEIPT FOR YOUR RECORDS | PAY TO: *WOODRIDGE APARTMENTS* | SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION |
|---|---|---|
| | ADDRESS: *1523 RAYMOND RD, JXN, MS* | **NOT NEGOTIABLE** |
| | C.O.D. OR USED FOR *APPLICATION FEE* | |

| SERIAL NUMBER | YEAR, MONTH, DAY | POST OFFICE | AMOUNT | CLERK |
|---|---|---|---|---|
| 08639024804 | 2005-07-28 | 392000 | $ 40.00 | 0003 |

44

# WOODRIDGE
### A P A R T M E N T S

July 28, 2005

RE:  Rental Application Approval

To Whom It May Concern:

Mr. Clemmons was approved for an apartment in our community and is scheduled to move in September 1, 2005. The size of the apartment is a two bedroom one bath, and the rental amount is $625.00 per month. The deposit is $ 99.00 and application fee is $40.00

If you have any additional questions please feel free to contact me at 601-373-8875.

Sincerely,

Debra Simpson
Property Manager

1533 Raymond Road
Jackson, MS  39204
(601) 373-8875
FAX (601) 373-8905
woodridge@maac.net
www.maac.net

(45)

**WOODRIDGE**
APARTMENTS

# Two Bedroom Floor Plans



- *Elegant details such as wood-burning fireplace and vaulted ceiling\**
- *Oversized closets*
- *Large laundry room with full-size connections*

## THE WILLOW *(2BS)*

TWO BEDROOM, ONE BATH

*1,135 Square Feet*

Monthly Rent $ _____ 625.00

- *Great for roommates!*
- *Elegant details such as wood-burning fireplace and vaulted ceiling\**

## THE DOGWOOD *(2BL)*

ONE BEDROOM, ONE BATH

*1,135 Square Feet*

Monthly Rent $ _____

\* *In select apartment homes*

Application Fee $ _____ 40.00

Processing Fee $ _____ 150.00

Security Deposit $ _____ 100.00

Pet Deposit/Pet Fee $ _____

46

**SafeRent**

July 28, 2005

Samuel Clemmons
548 St Charles st
BROOKHAVEN MS 39601

Dear Samuel Clemmons,

We are pleased to congratulate you on the acceptance of your application to Woodridge. We look forward to making your time with us as enjoyable as possible. If you have any questions regarding your lease at our community, please be sure to let us know. We hope to hear from you soon should you decide to accept your lease terms and make Woodridge your new home. Again, congratulations!

Sincerely,


Woodridge Apts

Woodridge
1533 Raymond Rd.
Jackson, MS 39204
(601)373-8875