**HEALTH GUIDE**
**U.S. News & WORLD REPORT**
MARCH 30, 1998

# The Real Cost of Raising Kids

Would You Believe It's $1,455,581 Apiece?

**Plus:** Clinton vs. Willey



**CULTURE & IDEAS**

# Cost of children born in 1997

## Higher income (one-child family; 1997 before-tax family income: more than $59,700)

| Age | Housing | Food | Transportation | Clothing | Health care | Day care and education | Misc. | College (Princeton) | Forgone wages | Total for year |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | $5,915 | $1,624 | $1,885 | $719 | $744 | $2,120 | $1,860 | | $44,650 | $59,518 |
| 1 | $6,211 | $1,706 | $1,979 | $755 | $781 | $2,226 | $1,953 | | $46,669 | $64,279 |
| 2 | $6,521 | $1,791 | $2,078 | $793 | $820 | $2,338 | $2,051 | | $53,049 | $69,440 |
| 3 | $6,804 | $2,124 | $2,130 | $816 | $833 | $2,670 | $2,168 | | $57,823 | $75,378 |
| 4 | $7,144 | $2,231 | $2,246 | $859 | $874 | $2,803 | $2,276 | | $63,027 | $81,461 |
| 5 | $7,501 | $2,342 | $2,358 | $902 | $918 | $2,944 | $2,390 | | $41,047 | $60,402 |
| 6 | $7,760 | $2,974 | $2,675 | $1,030 | $1,097 | $2,127 | $2,576 | | $45,847 | $66,087 |
| 7 | $8,148 | $3,123 | $2,809 | $1,082 | $1,152 | $2,233 | $2,704 | | $52,033 | $73,285 |
| 8 | $8,556 | $3,279 | $2,950 | $1,136 | $1,209 | $2,345 | $2,840 | | $57,900 | $80,214 |
| 9 | $8,598 | $4,001 | $3,232 | $1,306 | $1,366 | $1,712 | $3,039 | | $65,315 | $88,572 |
| 10 | $9,029 | $4,201 | $3,393 | $1,373 | $1,434 | $1,798 | $3,191 | | $72,460 | $96,888 |
| 11 | $9,480 | $4,411 | $3,563 | $1,442 | $1,506 | $1,888 | $3,351 | | $64,402 | $90,042 |
| 12 | $10,444 | $4,855 | $3,996 | $2,494 | $1,581 | $1,537 | $3,897 | | $72,230 | $101,024 |
| 13 | $10,966 | $5,097 | $4,195 | $2,619 | $1,660 | $1,613 | $4,092 | | $82,517 | $112,758 |
| 14 | $11,514 | $5,352 | $4,395 | $2,750 | $1,743 | $1,694 | $4,296 | | $92,118 | $123,863 |
| 15 | $11,008 | $5,929 | $5,620 | $2,629 | $1,933 | $3,119 | $3,944 | | $104,460 | $138,642 |
| 16 | $11,558 | $6,226 | $5,901 | $2,761 | $2,030 | $3,275 | $4,141 | | $116,188 | $152,080 |
| 17 | $12,136 | $6,537 | $6,196 | $2,899 | $2,132 | $3,439 | $4,348 | | $130,979 | $168,665 |
| 18 | | | | | | | | $103,574 | $145,257 | $248,831 |
| 19 | | | | | | | | $110,831 | $140,766 | $251,597 |
| 20 | | | | | | | | $118,605 | $156,987 | $275,592 |
| 21 | | | | | | | | $126,935 | $177,732 | $304,667 |
| | $159,294 | $67,805 | $61,589 | $28,370 | $23,813 | $41,881 | $55,117 | $459,945 | $1,885,454 | $2,783,268 |

## Middle income (one-child family; 1997 before-tax family income: $35,500 to $59,700)

| Age | Housing | Food | Transportation | Clothing | Health care | Day care and education | Misc. | College (Univ. of Michigan) | Forgone wages | Total for year |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | $3,720 | $1,228 | $1,352 | $546 | $645 | $1,401 | $1,104 | | $23,600 | $33,594 |
| 1 | $3,906 | $1,289 | $1,419 | $573 | $677 | $1,471 | $1,159 | | $25,724 | $36,218 |
| 2 | $4,101 | $1,353 | $1,490 | $602 | $711 | $1,545 | $1,217 | | $28,039 | $39,058 |
| 3 | $4,263 | $1,636 | $1,522 | $617 | $718 | $1,809 | $1,306 | | $30,563 | $42,434 |
| 4 | $4,476 | $1,718 | $1,598 | $648 | $754 | $1,899 | $1,372 | | $33,313 | $45,778 |
| 5 | $4,700 | $1,804 | $1,678 | $681 | $791 | $1,994 | $1,440 | | $21,695 | $34,783 |
| 6 | $4,819 | $2,426 | $1,961 | $796 | $947 | $1,346 | $1,579 | | $24,233 | $38,108 |
| 7 | $5,060 | $2,547 | $2,059 | $836 | $995 | $1,413 | $1,658 | | $27,502 | $42,072 |
| 8 | $5,313 | $2,675 | $2,162 | $879 | $1,044 | $1,484 | $1,740 | | $30,603 | $45,901 |
| 9 | $5,194 | $3,269 | $2,405 | $1,020 | $1,193 | $1,020 | $1,885 | | $34,523 | $50,527 |
| 10 | $5,454 | $3,454 | $2,525 | $1,071 | $1,252 | $1,071 | $1,979 | | $38,299 | $55,104 |
| 11 | $5,726 | $3,627 | $2,651 | $1,124 | $1,315 | $1,124 | $2,078 | | $34,040 | $51,685 |
| 12 | $6,502 | $3,852 | $3,029 | $1,982 | $1,381 | $868 | $2,539 | | $38,178 | $58,331 |
| 13 | $6,828 | $4,045 | $3,180 | $2,081 | $1,450 | $912 | $2,666 | | $43,615 | $64,776 |
| 14 | $7,169 | $4,247 | $3,339 | $2,185 | $1,522 | $957 | $2,799 | | $48,690 | $70,908 |
| 15 | $6,445 | $4,950 | $4,434 | $2,037 | $1,701 | $1,701 | $2,372 | | $55,213 | $78,852 |
| 16 | $6,767 | $5,197 | $4,656 | $2,138 | $1,786 | $1,786 | $2,490 | | $61,412 | $86,233 |
| 17 | $7,105 | $5,457 | $4,888 | $2,245 | $1,876 | $1,876 | $2,615 | | $69,230 | $95,292 |
| 18 | | | | | | | | $35,821 | $76,777 | $112,598 |
| 19 | | | | | | | | $38,140 | $74,402 | $112,543 |
| 20 | | | | | | | | $40,614 | $82,976 | $123,591 |
| 21 | | | | | | | | $43,255 | $93,941 | $137,196 |
| | $97,549 | $54,795 | $46,345 | $22,063 | $20,757 | $25,678 | $33,996 | $157,831 | $996,567 | $1,455,581 |



By Phillip J. Longman

To examine in coldly economic terms a parent's decision to have children is widely thought to be in bad taste. A child, after all, isn't precisely akin to a consumer product such as a dishwasher, a house, a car, or a personal computer—any one of which, of course, is cheaper to acquire and usually easier to return. A child is a font of love, hope for the future, continuation of one's bloodline, and various other intangible pleasures, and it is these sentimental considerations (along with some earthier imperatives) that prevail when parents bring a child into this world.

But let's face it: Children don't come free. Indeed, their

# THE COST OF CHILDREN

Of course they're cute. But have you any idea how much one will set you back? A hardheaded inquiry

cost is rising. According to one government calculation, the direct cost of raising a child to age 18 has risen by 20 percent since 1960 (adjusted for inflation and changes in family size). And this calculation doesn't take into account the forgone wages that result from a parent taking time off to raise children—an economic cost that has skyrocketed during the last generation as women have entered the work force in unprecedented numbers. "It's become much more expensive to raise children while the economic returns to parents have diminished," notes feminist economist Shirley Burggraf. "The family can't survive on romance."

Knowing the real cost of children is critical to a host of financial questions, such as how much house one can afford, how much one should be saving for college tuition, and how much one must earn to have a larger family. To help answer such questions, *U.S. News* has undertaken to identify and add up as best it can all the costs of raising a child from birth to college graduation. (For the purposes of this calculation, we're assuming these children will pay for any advanced degrees they may want out of their own pockets.)

Our starting point is data from the United States Department of Agriculture, which every year publishes estimates of how much families in different income brackets spend on raising children to age 18. To these calculations we have added the cost of a college education and wages forgone because of the rigors of child-rearing. (There's plenty we haven't counted: soccer camp, cello lessons, SAT prep., and other extra-cost options.) What we've found is that the typical child in a middle-income family requires a 22-year investment of just over $1.45 million. That's a pretty steep price tag in a country where the median income for families with children is just $41,000. The child's unit cost rises to $2.78 million for the top-third income bracket and drops to $761,871 for the bottom-third income bracket.

Tut tut, you say. Surely this is another case of newsmagazine hyperbole. All right, then, let's take it from the top:

■ **Acquisition costs.** In most cases, conceiving a child biologically is gloriously cost free. But not for all: An estimated 6.1 percent of women ages 15-24, and 11.2 percent of women ages 25-34, suffer from what health statisticians refer to as "impaired fecundity." Serving this huge market are some 300 infertility clinics nationwide that performed 59,142 treatment "cycles" in 1995, according to a recently released study by the Centers for Disease Control and Prevention. The cost of treatments—only 19 percent of which actually produced a take-home baby—averaged around $8,000 a try. It's not uncommon for infertile couples to spend $50,000 or more in pursuit of pregnancy. Though most insurance policies will pay for some form of infertility treatment, insurers are cutting back rapidly in the total bills they'll cover. For the purposes of our tally, we'll ignore fertility treatments, but this can be a significant cost.

For most people, the meter starts running with pregnancy. Costs vary dramatically from hospital to hospital, from region to region, and according to how complicated the pregnancy is. Out-of-pocket costs, obviously, will also vary

PHOTOGRAPHY BY BRUCE PLOTKIN FOR *USN&WR*



**The Founder speaks out:**

Before I get started in saying what I have to say, I must say this first. *"If I say something that does not pertain to you don't worry about it. If I say something that offend you. It must pertain to you."* Doesn't that make sense?

In during this research, it took me two years to find out the things I needed to find out in order to create and design this great organization. I designed it for the young people of this nation. I've come across many youths that have talents, but were lost without a focus or direction. Some had great ideas and vision into the 21st century. I advised all of them to keep dreaming and believing in their dreams. One day their dreams will come true *"Only if they can stay focus"*. There are some who will lose their dreams due to their lack of attention and staying focus. There are some who will go astray. There are some who will rape or kill you or your love ones and fall into our penal system, causing the American people to pay severely in taxes to incarcerate them. There are some who will fall into single parent pregnancy and expect to live off your tax paying dollars. Those particular individuals and everyone else need to soon wake up and realize in the next five years changing are coming. There will be no more welfare and a whole lot of other programs will be cut. I wonder. *What next will be their scapegoat.* I think, if the American people "as a whole" would focus on prevention early. There will be a great chance that we can prevent certain things from happening in the future. In making this statement, there are some people out there that are fortunate that their love ones have never been victims of violent crimes. It doesn't mean your love ones want be a victim tomorrow or the next day. *You get what I mean?* One more food for thought before I end on this topic. On July 28, 1996 in Gwinnett County my car alone with other cars was vandalized in a body shop by juveniles as they reported. The case # is 96-034272. This is another incident with problems in our streets. If it happen to me. It will eventually happen to you. I just wonder who kids were they and only if they knew who car they vandalized and what I was doing for them. *"to keep them busy and off the streets"* I know the message our youths are sending. I don't hold them at fault for what they do. I hold the people of this nation at fault along with their parents.

I understand why certain people of this country are afraid of certain people moving into their neighbors. I see many people in this country locking their car doors when driving in certain areas. An echo come from someone saying "I wonder why they do that" Believe me, I understand.

I believe everyone in this country has a fair and equal chance to make it. It's up to them what they do and make of their chances and opportunities.

Once again, I am aware that there are many gifted and talented youngsters out there that need this program. If the people of this nation don't soon wake up and come off their seat *"looking for someone or the government to give them something for nothing."* It want never happen. In order to get anything out of life you must put something into it. It's just like planting a seed. First you must cultivate the land in order to plant the seed and when you plant the seed. It will spout. Then you must nourish it to get the final product.

Also in during this research, I found out many people do not realize why they are here on this planet called earth and what's their purpose for being here. You must realize every human being was placed here for a reason, even if you don't know your exact reason for being here. One reason everyone should know is: You was sent here to cultivate what was created for us. You was not sent here to destroy this precious creation call earth. If many of us don't soon wake up and face what's going on around you. You "yourself" will soon destroy this world.

Also, I found out many people are caught up in just worrying about their kids and only their kids. To me that's being selfish. Instead of them thinking about who their kids are interacting and going to school with on a daily basis. Are they really safe? Are we the people of this nation working together to make it safe? I'll leave that question for you to answer.

One day, I would like to see real families teach their kids good values and morals, and reside in a safe community. But, the way things are in this country. I'm worried about future families, because there are some of us not doing our job in working with our youths and teaching them good morals and values.

One of the last thing I found out in doin this research is: A lot of parents want their children to be successful and become stars. The thing that bother me the most is, they were not willing to invest a penny into their own children. Some people have to realize, if you wan your children to be a professional mode movie star or successful businessman or woman. You will have to invest in your children. That leads me to say, *"Nothin, in this world is free and even freedom i not free."* You must put something into your children, if you want something ou of them.

This organization is completed. I know what I have done. I know what I have created. Do you? Now, I can rest. But, I want be happy until I see the youth benefit from this creation and the right people are in place working for these youths. I have done everything I could d to better mankind. I can proudly say this "If I depart this earth tomorrow". I have served my country and I have given back to my communities and fellow friends of this country. I have done my part. When are you going to do yours? Giving to this organization to assist in helping our youths is not like you giving anything to me. This is an investment. You will be giving to the government to assist **you** in giving back to **your** developing surrounding. Creating more jobs, and opportunities for you and our youths. Is that hard at all? I don't think so. The organization is here. If you don't hurry up and support it. It will leave and go to the people or states who will. Remember this and always remember this: *"Nothing in this world is free, and even freedom is not free."*

The organization sponsors and supporters are: Lennious Production, Inc., Arlene Wilson Model Management, Patrise- Perkins Hooker & Associate: Law Firm, Bull's Eye Promotions, Canon USA, DHR Georgia Department of Human Resources, Internal Revenue Service, Barry Manufacturing, Gwinnett Neighborhood Leadership Program, Pleasant Hill Baptist Church, First Baptist Church of Norcross, Amtex Corporation, The Montel Williams Show, Printworks of Atlanta and Cambre & Associates. Thanks to all sponsors and supporter: for your gracious support and assistance in developing and designing this great corporation.

............Samuel L. Clemmons, Founder

*(signature)*

(5)

**the Montel WILLIAMS show**

OCTOBER 1, 995

MR. SAMUEL LENNIOUS CLEMMONS
KEEP THE KIDS BUSY FOUNDATION
P.O. BOX 931540
NORCROSS, GEORGIA 30093

DEAR MR. CLEMMONS,

*THE MONTEL WILLIAMS SHOW* HAS RECEIVED SOME INFORMATION ON THE FOUNDATION YOU ARE RUNNING. WE ARE VERY IMPRESSED WITH YOUR EFFORTS TO PROVIDE OUR YOUTH WITH A PLACE TO MATURE AND BECOME RESPONSIBLE ADULTS. THE NEED FOR THESE TYPES OF PROGRAMS ARE ESSENTIAL TO OUR GROWTH AND DEVELOPMENT AS A NATION.

AS YOU MAY KNOW, MR. WILLIAMS IS ALSO VERY CONCERNED WITH OUR CHILDREN AND THEIR FUTURES. WE FEEL YOUR WORK AND COMMITMENT TO THIS CAUSE WOULD MAKE A WONDERFUL TOPIC FOR DISCUSSION. WE WOULD LIKE TO RESPECTFULLY EXTEND AN INVITATION TO YOU TO BE A GUEST ON OUR SHOW. THE DATE OF TAPING IS T.B.A. AT THIS TIME, BUT WE WILL ABSOLUTELY WORK AROUND YOUR SCHEDULE IF NEED BE.

PLEASE CONTACT MS. SUSAN HENRY AT (212) 560-6650 IF YOU HAVE ANY QUESTIONS REGARDING THIS REQUEST. WE LOOK FORWARD TO HEARING FROM YOU.

RESPECTFULLY,

*[signature]*

TERRANCE NOONAN
ASSOCIATE PRODUCER

OMW PRODUCTIONS, INC.
356 West 58th Street, Suite 1001
New York, New York 10019
PH: 212 - 560 - 6650
FAX: 212 - 560 - 6603


abandoned

**the Montel WILLIAMS show**

OCTOBER 1, 995

MR. SAMUEL LENNIOUS CLEMMONS
KEEP THE KIDS BUSY FOUNDATION
P.O. BOX 931540
NORCROSS, GEORGIA 30093

DEAR MR. CLEMMONS,

*THE MONTEL WILLIAMS SHOW* HAS RECEIVED SOME INFORMATION ON THE FOUNDATION YOU ARE RUNNING. WE ARE VERY IMPRESSED WITH YOUR EFFORTS TO PROVIDE OUR YOUTH WITH A PLACE TO MATURE AND BECOME RESPONSIBLE ADULTS. THE NEED FOR THESE TYPES OF PROGRAMS ARE ESSENTIAL TO OUR GROWTH AND DEVELOPMENT AS A NATION.

AS YOU MAY KNOW, MR. WILLIAMS IS ALSO VERY CONCERNED WITH OUR CHILDREN AND THEIR FUTURES. WE FEEL YOUR WORK AND COMMITMENT TO THIS CAUSE WOULD MAKE A WONDERFUL TOPIC FOR DISCUSSION. WE WOULD LIKE TO RESPECTFULLY EXTEND AN INVITATION TO YOU TO BE A GUEST ON OUR SHOW. THE DATE OF TAPING IS T.B.A. AT THIS TIME, BUT WE WILL ABSOLUTELY WORK AROUND YOUR SCHEDULE IF NEED BE.

PLEASE CONTACT MS. SUSAN HENRY AT (212) 560-6650 IF YOU HAVE ANY QUESTIONS REGARDING THIS REQUEST. WE LOOK FORWARD TO HEARING FROM YOU.

RESPECTFULLY,

*[signature]*

TERRANCE NOONAN
ASSOCIATE PRODUCER

OMW PRODUCTIONS, INC.
356 West 58th Street, Suite 1001
New York, New York 10019
PH: 212 - 560 - 6650
FAX: 212 - 560 - 6603

(58)