CO-538
Rev. 3/87

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM CLEMMONS )<br>)<br>V. )<br>MID-AMERICA APARTMENT )<br>  COMMUNITIES )<br>) | Civil Action No. _____<br>CASE NUMBER: 1:06CV00195<br>JUDGE: ROYCE C. LAMBERTH<br>DECK TYPE: FOIA / PRIVACY ACT<br>DATE STAMP: 02/03/2006 |

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __23RD__ day of __MAY__, __2006__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) __MID-AMERICA APARTMENT COMMUNITIES__

was [were]:  [personally served with process on _____].
OR
[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):
__MARCH 3RD, 2006__ ].
OR
[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):
_____].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:
_____].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_____
Attorney for Plaintiff(s) [signature]
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601
PH#: 866-_____

Bar Id. Number _____    Address and Telephone Number

RECEIVED
MAY 2 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

STATE OF MISSISSIPPI
COUNTY OF LINCOLN
PERSONALLY appeared before me, the undersigned authority at law in and for the jurisdiction aforesaid, Sam Clemmons, who, having been by me first duly sworn, stated on her/his oath that the matters and things stated in the above and foregoing Document are true and correct as therein stated.
SWORN TO AND SUBSCRIBED BEFORE ME, on this the 23rd day of May, 2006.
Tillmon Bishop, Chancery Clerk
Notary Public
My Commission Expires: 12-31-07    By: _____ D.C.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SAM CLEMMONS

V.

Mid-America Apartment Communities

SUMMONS IN A CIVIL CASE

CASE NUMBER   1:06CV00195

JUDGE: Royce C. Lamberth

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 02/3/2006

TO: (Name and address of Defendant)

Mid-America Apartment Communities
SERVE: Attn: Corporate Attorney & HR Director
6584 Poplar Avenue, Suite 300
Memphis, TN 38138

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF  PRO SE  (name and address)

SAM CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    FEB - 3 2006
RK                                             DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | MARCH 3, 2006 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| SAM L. CLEMMONS | PLAINTIFF, PRO SE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: MID-AMERICA APARTMENT COMMUNITIES, ATTN: CORPORATE ATTORNEY 6584 POPLAR AVE, SUITE 300 MEMPHIS, TN 38138

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | U.S. POSTAL SERVICE | 16.25 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on MARCH 3, 2006    *Signature of Server*

548 SAINT CHARLES PL
BROOKHAVEN, MS 39601
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

```
          SANDY SPRINGS FINANCE UNIT
               ATLANTA, Georgia
                    303289997
                  1204440024-0098
3/02/2006      (800)275-8777       02:56:36 PM

              ----- Sales Receipt -----
roduct          Sale      Unit         Final
escription      Qty      Price         Price

ORCROSS GA 30091                       $14.40
xpress Mail PO-ADD
 7.20 oz.
    Label #:       EQ242463999US
    Next Day 3PM    / Normal
    Delivery
    Return Rcpt (Green Card)            $1.85
                                    ========
            Issue PVI:                 $16.25

JACKSONVILLE FL 32207                  $14.40
Express Mail PO-ADD
 6.90 oz.
    Label #:       EQ242464019US
    Next Day Noon   / Normal
    Delivery
    Return Rcpt (Green Card)            $1.85
                                    ========
            Issue PVI:                 $16.25

GERMANTOWN TN 38138                    $14.40
Express Mail PO-ADD
 6.80 oz.
    Label #:       EQ242463384US
    Next Day Noon   / Normal
    Delivery
    Return Rcpt (Green Card)            $1.85
                                    ========
            Issue PVI:                 $16.25

Total:                                 $48.75

Paid by:
AMEX                                   $48.75
    Account #            XXXXXXXXXXXX2006
    Approval #:          502089
    Transaction #:       12
 23 902850395 4104710777

Bill#:  1000201419024
Clerk:  01

— All sales final on stamps and postage. —
      Refunds for guaranteed services only.
          Thank you for your business.
                  Customer Copy
```



CO-40
Rev. 10/76

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| Plaintiff | |
|---|---|
| SAM CLEMMONS | ) |
| | ) |
| V. | ) |
| MID-AMERICA APARTMENT | ) |
| COMMUNITIES | ) |
| | ) |
| Defendant | ) |

Civil Action No.

CASE NUMBER: 1:06CV00195
JUDGE: ROYCE C. LAMBERTH
DECK TYPE: FOIA / PRIVACY ACT
DATE STAMP: 02/03/2006

## **DEFAULT**

It appearing that the above-named defendant (s) has (have) failed to plead or otherwise defend this action though duly served with summons and copy of complaint on the _____ day of _____, _____, and an affidavit on behalf of the plaintiff (s) having been filed, it is this _____ day of _____, _____ declared that

_____
_____
_____
_____

defendant (s) herein is (are) in default.

Nancy M. Mayer-Whittington, Clerk

By _____
Deputy Clerk