UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS, )<br>)<br>　　Plaintiff, )<br>)<br>v. )<br>)<br>MID-AMERICA APARTMENT COMMUNITIES, INC., )<br>)<br>　　Defendant. )<br>_____) | Civil Action No.: 06CV00195 |

**DEFENDANT'S MOTION TO STRIKE AND OPPOSITION TO PLAINTIFF'S MOTION REQUEST TO CONTINUE FOR SUMMARY JUDGMENT BY DEFAULT AND MOTION REQUEST TO SUBPOENA DUCES TECUM IF NECESSARY**

　　Defendant, Mid-America Apartment Communities, Inc., by and through its undersigned counsel, John A. Rego and Anderson & Quinn, LLC, hereby moves to strike and in opposition to Plaintiff's June 29, 2006, Motion Request to Continue for Summary Judgment by Default and Plaintiff's Motion Request to Subpoena Duces Tecum if Necessary, filed in the above-captioned action. Defendant respectfully refers this Honorable Court to the attached Memorandum of Points and Authorities in support of the instant Opposition.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　ANDERSON & QUINN, LLC


　　　　　　　　　　　　　　　　　　　　　/s/ John A. Rego
　　　　　　　　　　　　　　　　　　　　John A. Rego, Bar #422378
　　　　　　　　　　　　　　　　　　　　The Adams Law Center
　　　　　　　　　　　　　　　　　　　　25 Wood Lane
　　　　　　　　　　　　　　　　　　　　Rockville, Maryland 20850
　　　　　　　　　　　　　　　　　　　　(301) 762-3303
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS, | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No.: 06CV00195 |
| MID-AMERICA APARTMENT COMMUNITIES, INC., | ) |
|     Defendant. | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION TO STRIKE AND OPPOSITION TO PLAINTIFF'S MOTION REQUEST TO CONTINUE FOR SUMMARY JUDGMENT BY DEFAULT AND MOTION REQUEST TO SUBPOENA DUCES TECUM IF NECESSARY**

Defendant, Mid-America Apartment Communities, Inc., hereby incorporates by reference and relies upon, in opposition to Plaintiff's instant motions, Defendant's April 20, 2006, Motion to Dismiss and Defendant's May 22, 2006, Motion to Strike and Opposition to Plaintiff's Motion Request for Summary Judgment By Default. In brief, Plaintiff's June 29, 2006, submissions, first, merely restate the unfounded contentions asserted in his initial summary motion (and, in fact, Plaintiff contemporaneously provided the undersigned counsel with a duplicate copy of his May 10, 2006, motion), to which all of Defendant's earlier opposing arguments apply. Second, Plaintiff, in his Motion Request to Subpoena Duces Tecum if Necessary, seeks relief to which, at this juncture of this action, he is simply not entitled to receive. Before Plaintiff is able to request from Defendant the particular documents he identifies and sets forth in that motion, he must first overcome the pending Motion to Dismiss (which he has not opposed) and, moreover, formal discovery must first commence in the case. Accordingly, the discovery motion ought be stricken from the record and disregarded in its entirety by the Court.

Finally, Defendant, Mid America Apartment Communities, Inc., respectfully requests that this Court oblige Plaintiff's own "request into the court [that] this case should be closed . . .," and dismiss, with prejudice, this meritless and frivolous action. Plaintiff's June 29, 2006, Motion

2

Request to Continue at 2.

**WHEREFORE**, the foregoing considered, Defendant requests that Plaintiff's Motion Request to Continue for Summary Judgment by Default and Motion Request to Subpoena Duces Tecum if Necessary, filed in the instant action, both be Denied and that Defendant be granted such further and additional relief as this Court deems just and appropriate.

Respectfully submitted,

ANDERSON & QUINN, LLC


　/s/ John A. Rego
John A. Rego, Bar #422378
The Adams Law Center
25 Wood Lane
Rockville, Maryland  20850
(301)-762-3303
Attorneys for Defendant

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing was mailed, via first-class mail, postage prepaid on this 6th day of July, 2006, to the following:

Mr. Sam L. Clemmons
548 Saint Charles Place
Brookhaven, Mississippi 39601

                                                    /s/ John A. Rego
                                                  John A. Rego

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS,) | |
| ) | |
| Plaintiff,) | |
| ) | |
| v.) | Civil Action No.: 06CV00195 |
| ) | |
| MID-AMERICA APARTMENT COMMUNITIES, INC., ) | |
| ) | |
| Defendant.) | |
| ) | |

**ORDER**

Upon consideration of the foregoing Plaintiff's Motion Request to Continue for Summary Judgment by Default and Motion Request to Subpoena Duces Tecum if Necessary, and Defendant's Opposition thereto, it is this ____ day of _____ 2006,

ORDERED, that Plaintiff's Motion Request to Continue for Summary Judgment by Default and Motion Request to Subpoena Duces Tecum if Necessary, be, and they hereby are DENIED; and it is further

ORDERED, that the Complaint filed in the above-captioned action be, and it hereby is, DISMISSED with prejudice.

_____
Judge Royce C. Lamberth

Copies to:

John A. Rego, Esq.
Anderson & Quinn, LLC
The Adams Law Center
25 Wood Lane
Rockville, Maryland 20850

Mr. Sam L. Clemmons
548 Saint Charles Place
Brookhaven, Mississippi 39601