UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601

CIVIL ACTION NO: <u>1:06CV00195 (RCL)</u>

V

MID-AMERICA APARTMENTS COMMUNITIES
6584 Poplar Avenue, Suite 300
Memphis, TN 38138

### AFFIDAVIT OF SERVICE

I, <u>Sam Clemmons</u>, hereby declare that on the <u>27 Day of June 2006</u>, the Defendant and Defendant's counsel was served a certified true copy of the <u>PLAINTIFF'S MOTION REQUEST FOR SUMMARY JUDGEMENT BY DEFAULT ATTACHED WITH ITS EXHIBITS.</u> By **certified first class mail with a return receipt # 7005 1820 0001 7573 9504 to the Defendant's counsel Anderson & Quinn, LLC. Attached hereto is the green card acknowledging service.**

Staple the green card here. Make sure it
Bears the original signature of the person
Who signed for the summon and complaint
**STAPLE GREEN CARD IN THIS AREA**

*[signature]*

SAM L. CLEMMONS

548 SAINT CHARLES PL

BROOKHAVEN, MS 39601

86L- 409- 7958

**RECEIVED**

JUL 18 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

