UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS<br>    PLAINTIFF,<br><br>vs.<br><br>MID-AMERICA APARTMENT<br>COMMUNITIES<br>    DEFENDANT | )  CIVIL ACTION NO:<br>)<br>)  <u>1:06CV00195(RCL)</u><br>)<br>)<br>)  July 19, 2006<br>)<br>)<br>)<br>) |

## PLAINTIFF'S RESPONSE TO THE DEFENDANT'S COUNSEL RESPONSE REQUESTING MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION TO STRIKE AND OPPOSITION TO PLAINTIFF'S MOTION REQUEST TO CONTINUE FOR SUMMARY JUDGMENT BY DEFAULT AND MOTION REQUEST TO SUBPOENA DUCES TECUM IF NECESSARY AFTER THE PLANTIFF HAS SERVED THE DEFENDANT'S COUNSEL TO SUBPOENA DUCES TECUM FOR SUMMARY JUDGMENT BY DEFAULT

Comes the Plaintiff, pro se, in response to the Defendant's counsel actions, response and his request, requesting something that should be above and beyond the ordinary call for justice.

The Defendant and the Defendant's counsel cannot provide the Plaintiff nor the court with a valid Affidavit of Service showing the honorable court that such response to the served summons was well within the time frame required by law.

Therefore summary judgment by default is necessary.

The Defendant and the Defendant's counsel called the Plaintiff's complaint meritless and frivolous. One should question what does one call the Defendant's statement made to a

RECEIVED
JUL 20 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

federal agent under a federal investigation concerning national securities matters or issues that places one career in jeopardy? Especially when the Plaintiff has provided the court with the truth to keep the truth within the courts and when the Defendant and the Defendant's counsel has not provided the court with one piece of fact to contradict the Plaintiff's Motion to Enter Discovery.

The Plaintiff asks the Defendant where is your discovery, where are your facts and where is your Affidavit of Service to show your response was on time according to the law?

The law is the law and there is one fine line within the law. No one should be allow to step outside that fine line to please or satisfy one mistake, mishap, or laziness in showing up on time.

I (the Plaintiff) never did anything wrong to you, your client's business or this court. I didn't ask to be here today, it was your client's business by it acts of wrongdoing or actions that place me (the Plaintiff) here today to cause me to file this complaint. I should have been someplace else performing my tasks and duties in protecting this country in the most ethical way possible. It was your client (the Defendant) who played apart in preventing that from happening for some strange reason, which is above and beyond my control. The default judgment request should stand and I (the Plaintiff) have

Sam L. Clemmons vs. Mid-America Apartment Communities, 6584 Poplar Avenue,

proven to the court that this complaint has merit and this complaint is not a frivolous one.

I refuse to allow the Defendant and the Defendant's counsel to destroy my character, my creditability, my trustworthiness, my investments and my family due to their negligence actions of wrongdoing. This complaint should stand as it stands without prejudice.

Once again, when considering a motion for summary judgment, it is known that the court must examine all evidence in the light most favorable to the plaintiff (nonmoving party). The Defendants should have considered case laws *Langley v. Adams County*, Colorado, 987 F.2d 1473, 1476 (10th Cir.1933). When a moving party (the defendant) bears the burden of proof at trial is entitled to summary judgment only when the evidence indicates that no genuine issue of material fact exists. **Fed.Rules Civ.Proc. Rule 217k2406(2) and the Mid-America Apartment Communities, Inc.'s Code of Business Conduct and Ethics, Section E (Good Faith Reporting of Wrongdoing)**. See case law: *Anthony v. United States*, 987 F.2d 670,672 (10th Cir.1993). If the moving party (the Defendant) does not bear the burden of proof at trial, it must show "that there is an absence of evidence to support the nonmoving party's (the Plaintiff) case". In this case, the nonmoving party (the Plaintiff) has given the courts and the jury evidence to support the Plaintiff's claim.

Sam L. Clemmons vs. Mid-America Apartment Communities, 6584 Poplar Avenue,

1  Therefore, case law to consider: <u>Celotex Corp. v. Catrett</u>, 477
2  U.S. 317, 325, 106 S.Ct. 2548, 2554, 91 L.Ed.2d 265 (1986) holds
3  no merit in this case matter. The Defendant's Commercial
4  Business Policy Insurance Company under Crime Insurance Policy,
5  provided by the Defendant (hereinafter the "Employers' Liability
6  and Fiduciary Duty of the employer or employee" should be used
7  pay for the award administrated upon the Defendant for this
8  wrongful act.  Therefore the Defendants have sustained no loss
9  in this action, nor did the Plaintiff caused any hurt or harm to
10 the Defendants, the Defendant caused this action or judgment
11 upon itself (The Employer).

    End of MOTION request to sustain Summary Judgement by
default and request to subpoena the Defendant's counsel
documents:

                              Respectfully submitted:

                              /s/ Sam L. Clemmons
                              Sam L. Clemmons, Plaintiff Pro Se
                              548 Saint Charles PL
                              Brookhaven, MS 39601

**Attachment:**

**Defendant's Affidavit of Service Form**

CC: www.usps.com for tracking purposes
Mid-America Apartment Communities;
    **Express Mail #: EQ 242464022 US**
United State District Court of the District of Columbia;
    **Express Mail #: EQ 242463384 US**
Records

Sam L. Clemmons vs. Mid-America Apartment Communities, 6584 Poplar Avenue,

1   UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF COLUMBIA
2

3   SAM L. CLEMMONS
    548 SAINT CHARLES PL
4   BROOKHAVEN, MS 39601

5

6            CIVIL ACTION NO: 1:06CV00195 (RCL)

7       V

8   Mid-America Apartment Communities
    **Attn: Kathy McPhail, Property Manager**
9   6584 Poplar Avenue, Suite 300
    Memphis, TN 38138
10

11              **AFFIDAVIT OF SERVICE**

12      I, _____, hereby declare
    that on the _____ of _____ 20_____, I mailed
13  a copy of the Defendant's response to the Plaintiff's summons and
14  complaint by certified mail return receipt requested, to
    _____ (the plaintiff's requested attorney).
15  Attached hereto is the green card acknowledging service.

16

17

18           _____
                Staple the green card here. Make sure it
                Bears the original signature of the person
              Who signed for the Defendant's response to the summon and complaint
19                      STAPLE GREEN CARD IN THIS AREA

20

21

22           _____

23           _____

24           _____

25
             _____

Sam L. Clemmons vs. Mid-America Apartment Communities, 6584 Poplar Avenue,

CO-40
Rev. 10/76

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Plaintiff )

**SAM CLEMMONS**

**V.**

**MID-AMERICA APARTMENTS COMMUNITIES**

)

Defendant

Civil Action No. _1:06 CV00195 (RCL)_

## DEFAULT

It appearing that the above-named defendant (s) has (have) failed to plead or otherwise defend this action though duly served with summons and copy of complaint on the _____ day of _____, _____, and an affidavit on behalf of the plaintiff (s) having been filed, it is this _____ day of _____, _____ declared that _____
_____
_____
_____
defendant (s) herein is (are) in default.

Nancy M. Mayer-Whittington, Clerk

By _____
Deputy Clerk

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 19th day of July 2006, a true copy of this foregoing response was served concerning case # 1:06CV00195 (RCL) by regular mail to:

Defendant's Counsel

ANDERSON & QUINN, LLC
ADAMS LAW CENTER
25 Wood Lane
Rockville, MD 20850

And

By FedEx Express Service to:
**Tracking #: 8553 1690 4760**

District Court for the District of Columbia
**Attn: Office of the Clerk & Judge Royce C. Lamberth's Chambers**
333 Constitution Ave, NW
Room 1225
Washington, DC 2001

Sam L. Clemmons, Pro Se
548 Saint Charles Place
Brookhaven, MS 39601