UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS, | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No.: 06CV00195 |
| MID-AMERICA APARTMENT COMMUNITIES, INC., | ) |
|     Defendant. | ) |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION REQUEST TO SUBPOENA DUCES TECUM AFTER MOTION REQUEST TO ENTER DISCOVERY BUT BEFORE SUMMARY JUDGMENT HAS BEEN ISSUED**

Defendant, Mid-America Apartment Communities, Inc., by and through its undersigned counsel, John A. Rego and Anderson & Quinn, LLC, hereby opposes Plaintiff's July 18, 2006, Motion Request To Subpoena Duces Tecum After Motion Request To Enter Discovery But Before Summary Judgment Has Been Issued, filed in the above-captioned action. Defendant respectfully refers this Honorable Court to the attached Memorandum of Points and Authorities in support of the instant Opposition.

Respectfully submitted,

ANDERSON & QUINN, LLC

  /s/ John A. Rego
John A. Rego, Bar #422378
The Adams Law Center
25 Wood Lane
Rockville, Maryland 20850
(301) 762-3303
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAM L. CLEMMONS, | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No.: 06CV00195 |
| MID-AMERICA APARTMENT COMMUNITIES, INC., | ) |
|     Defendant. | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION REQUEST TO SUBPOENA DUCES TECUM AFTER MOTION REQUEST TO ENTER DISCOVERY BUT BEFORE SUMMARY JUDGMENT HAS BEEN ISSUED**

Defendant, Mid-America Apartment Communities, Inc., hereby incorporates by reference and relies upon, in opposition to Plaintiff's instant motion, Defendant's April 20, 2006, Motion to Dismiss, Defendant's May 22, 2006, Motion to Strike and Opposition to Plaintiff's Motion Request for Summary Judgment By Default and Defendant's July 6, 2006, Motion to Strike and Opposition to Plaintiff's Motion Request to Continue for Summary Judgment by Default and Motion Request to Subpoena Duces Tecum if Necessary**.**  In brief, Plaintiff's July 18, 2006, submission, first, merely restates the unfounded contentions and requests asserted in his initial summary motion and subsequent filings**,** to which all of Defendant's earlier opposing arguments apply.  Second, Plaintiff, in the instant Motion Request To Subpoena Duces Tecum After Motion Request To Enter Discovery But Before Summary Judgment, seeks relief to which, at this juncture of this action, he is simply not entitled to receive nor can the Court compel Defendant to produce.  Before Plaintiff (although he requests that the Court do so) is able to request from Defendant the particular documents he identifies and sets forth in that motion, he must first overcome the pending Motion to Dismiss (which he has not opposed) and, moreover, formal discovery must first commence in the case.  Accordingly, the discovery motion ought be stricken

from the record, the attendant Subpoena ought be quashed by the Court[1] and the motion should be disregarded in its entirety by the Court.

Finally, Defendant, Mid America Apartment Communities, Inc., respectfully requests that this Court oblige Plaintiff's own "request into the court [that] this case should be closed . . .," and dismiss, with prejudice, this meritless and frivolous action.  Plaintiff's June 29, 2006, Motion Request to Continue at 2.

**WHEREFORE**, the foregoing considered, Defendant requests that Plaintiff's July 18, 2006, Motion Request To Subpoena Duces Tecum After Motion Request To Enter Discovery But Before Summary Judgment, filed in the instant action, be Denied and that Defendant be granted such further and additional relief as this Court deems just and appropriate.

Respectfully submitted,

ANDERSON & QUINN, LLC

/s/ John A. Rego
John A. Rego, Bar  #422378
The Adams Law Center
25 Wood Lane
Rockville, Maryland  20850
(301)-762-3303
Attorneys for Defendant

---

[1] Defendant contends that Plaintiff's attendant July 17, 2006, "Subpoena in a Civil Case" is invalid in this case and that it ought be disregarded by the Court in view of the fact that Plaintiff, Mr. Clemmons, is not a licensed attorney in any Court of any jurisdiction and, therefore, he is precluded from availing himself of the Subpoena power.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing was mailed, via first-class mail, postage prepaid on this 31st day of July, 2006, to the following:

Mr. Sam L. Clemmons
548 Saint Charles Place
Brookhaven, Mississippi 39601

                                                               /s/ John A. Rego
                                                               John A. Rego

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS,          )<br>         )<br>    Plaintiff,          )<br>         )<br>v.          )<br>         )<br>MID-AMERICA APARTMENT COMMUNITIES, INC., )<br>         )<br>    Defendant.          )<br>_____) | Civil Action No.: 06CV00195 |

## ORDER

Upon consideration of the foregoing Plaintiff's Motion Request To Subpoena Duces Tecum After Motion Request To Enter Discovery But Before Summary Judgment, and Defendant's Opposition thereto, it is this ____ day of _____ 2006,

ORDERED, that Plaintiff's Motion Request To Subpoena Duces Tecum After Motion Request To Enter Discovery But Before Summary Judgment, be, and they hereby are DENIED; and it is further

ORDERED, that the Complaint filed in the above-captioned action be, and it hereby is, DISMISSED with prejudice.

_____
Judge Royce C. Lamberth

Copies to:

John A. Rego, Esq.
Anderson & Quinn, LLC
The Adams Law Center
25 Wood Lane
Rockville, Maryland 20850

Mr. Sam L. Clemmons
548 Saint Charles Place
Brookhaven, Mississippi 39601