**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SAM L. CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601

CIVIL ACTION NO: **1:06CV00195 (RCL)**

V

MID-AMERICA APARTMENTS COMMUNITIES
6584 Poplar Avenue, Suite 300
Memphis, TN 38138

**AFFIDAVIT OF SERVICE**

**I, Sam Clemmons, hereby declare that on the 17th Day of July 2006. The Defendant and Defendant's counsel was served a certified true copy of the PLAINTIFF'S RESPONSE TO THE DEFENDANT'S COUNSEL RESPONSE REQUESTING MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION TO STRIKE AND OPPOSITION TO PLAINTIFF'S MOTION REQUEST TO CONTINUE FOR SUMMARY JUDGMENT BY DEFAULT AND MOTION REQUEST TO SUBPOENA DUCES TECUM IF NECESSARY AFTER THE PLANTIFF HAS SERVED THE DEFENDANT'S COUNSEL TO SUBPOENA DUCES TECUM FOR SUMMARY JUDGMENT BY DEFAULT. By certified first class mail with a return receipt # 7005 1820 0007 3370 8324 to the Defendant's counsel Anderson & Quinn, LLC. Attached hereto is the green card acknowledging service.**

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ANDERSON & QUINN, LLC
ADAMS LAW CENTER
25 WOOD LANE
ROCKVILLE, MD 20850

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Clase

C. Date of Delivery 7/19/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7005 1820 0007 3370 8324

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

[signature]
CLEMMONS
CHARLES PL
MS 39601
758

RECEIVED
AUG 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 31ST day of July 2006, a true copy of the Plaintiff's **PLAINTIFF'S RESPONSE TO THE DEFENDANT'S COUNSEL RESPONSE REQUESTING MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION TO STRIKE AND OPPOSITION TO PLAINTIFF'S MOTION REQUEST TO CONTINUE FOR SUMMARY JUDGMENT BY DEFAULT AND MOTION REQUEST TO SUBPOENA DUCES TECUM IF NECESSARY AFTER THE PLANTIFF HAS SERVED THE DEFENDANT'S COUNSEL TO SUBPOENA DUCES TECUM FOR SUMMARY JUDGMENT BY DEFAULT** was served by regular mail concerning case # 1:06CV00195 (RCL):

To: Defendant's Counsel

ANDERSON & QUINN, LLC
ADAMS LAW CENTER
25 WOOD LANE
ROCKVILLE, MD 20850

And

By FedEx Express Service to:
**Tracking #: 8573 0084 4813**

District Court for the District of Columbia
**Attn: Office of the Clerk &**
**Judge Royce C. Lamberth's Chambers**
333 Constitution Ave, NW
Room 1225
Washington, DC 2001

Sam L. Clemmons, Pro Se
548 Saint Charles Place
Brookhaven, MS 39601