**Mid-America Apartment Communities**
**Revenue Mix and Concession History (including JVs)**

C:\Documents and Settings\wolfgang\Local Settings\Temporary Internet Files\OLK1D\Revenue mix and concession history1.xls\Sheet1
03/18/2005

| | 12/31/1997 | 12/31/1998 | 12/31/1999 | 12/31/2000 | 12/31/2001 | 12/31/2002 | 12/31/2003 | 12/31/2004 | 04 Growth vs 2001 |
|---|---|---|---|---|---|---|---|---|---|
| **All Properties** | | | | | | | | | |
| **Large Markets** | | | | | | | | | |
| Concessions | (161,942) | (183,468) | (407,548) | (1,085,539) | (1,212,188) | (2,053,845) | (2,316,649) | (5,377,978) | |
| Total revenue | 13,284,217 | 28,511,933 | 39,505,501 | 44,449,905 | 47,678,241 | 48,374,426 | 52,827,302 | 65,805,934 | 38% |
| Revenue as % of total | 11% | 15% | 18% | 19% | 19% | 19% | 21% | 24% | 22% |
| Concessions as a % of rev | -1.2% | -0.6% | -1.0% | -2.5% | -2.5% | -4.2% | -4.4% | -8.2% | |
| **Medium Markets** | | | | | | | | | |
| Concessions | (445,021) | (1,083,292) | (1,659,796) | (2,429,644) | (3,362,259) | (4,164,119) | (3,716,481) | (5,266,639) | |
| Total revenue | 63,854,652 | 84,029,149 | 90,717,811 | 97,398,100 | 102,492,059 | 102,718,856 | 103,621,361 | 112,145,793 | 9% |
| Revenue as % of total | 55% | 44% | 42% | 42% | 42% | 41% | 41% | 40% | -3% |
| Concessions as a % of rev | -0.7% | -1.3% | -1.8% | -2.5% | -3.3% | -4.1% | -3.6% | -4.7% | |
| **Small Markets** | | | | | | | | | |
| Concessions | (257,185) | (698,382) | (1,388,829) | (2,316,288) | (2,900,553) | (3,114,787) | (2,260,073) | (3,329,726) | |
| Total revenue | 39,764,770 | 78,679,544 | 85,921,955 | 92,134,075 | 96,318,036 | 98,804,390 | 89,257,700 | 101,493,762 | 5% |
| Revenue as % of total | 34% | 41% | 40% | 39% | 39% | 40% | 39% | 36% | -7% |
| Concessions as a % of rev | -0.6% | -0.9% | -1.6% | -2.5% | -3.0% | -3.2% | -2.3% | -3.3% | |
| **Total** | | | | | | | | | |
| Total revenue | 116,903,639 | 191,220,626 | 216,145,267 | 233,980,080 | 246,488,336 | 249,897,671 | 255,706,363 | 279,445,489 | |
| | -0.7% | -1.0% | -1.6% | -2.5% | -3.0% | -3.7% | -3.2% | -5.0% | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **14th day of August 2006**, a true copy of the **PLAINTIFF'S RESPONSE TO THE DEFENDANT'S COUNSEL OPPOSITION TO PLAINTIFF'S MOTION REQUEST TO SUBPOENA DUCES TECUM AFTER MOTION REQUEST TO ENTER DISCOVERY BUT BEFORE SUMMARY JUDGMENT HAS BEEN ISSUED BUT PLACES ANOTHER EXHIBIT # 8 INTO THE RECORD PRIOR TO CLOSING TO SUPPORT THE PLAINTIFF'S COMPLAINT** was served by regular mail concerning case # 1:06CV00195 (RCL):

To: Defendant's Counsel

ANDERSON & QUINN, LLC
ADAMS LAW CENTER
25 WOOD LANE
ROCKVILLE, MD 20850

And

District Court for the District of Columbia
**Attn: Office of the Clerk &
Judge Royce C. Lamberth's Chambers**
333 Constitution Ave, NW
Room 1225
Washington, DC 2001

*/s/ Sam L. Clemmons*
Sam L. Clemmons, Pro Se
548 Saint Charles Place
Brookhaven, MS 39601