*06-195*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st  day of August 2006, a true copy of additional attachments to the **PLAINTIFF'S RESPONSE TO THE DEFENDANT'S COUNSEL OPPOSITION TO PLAINTIFF'S MOTION REQUEST TO SUBPOENA DUCES TECUM AFTER MOTION REQUEST TO ENTER DISCOVERY BUT BEFORE SUMMARY JUDGMENT HAS BEEN ISSUED BUT PLACES ANOTHER EXHIBIT, WHICH IS EXHIBIT # 8 INTO THE RECORD PRIOR TO CLOSING TO SUPPORT THE PLAINTIFF'S COMPLAINT** was served by regular mail concerning case # 1:06CV00195 (RCL):

To:  Defendant's Counsel

ANDERSON & QUINN, LLC
ADAMS LAW CENTER
25 WOOD LANE
ROCKVILLE, MD 20850

And

FedEx Express Service: Tracking # 8553 1690 4793

District Court for the District of Columbia
**Attn: Office of the Clerk &**
**Judge Royce C. Lamberth's Chambers**
333 Constitution Ave, NW
Room 1225
Washington, DC 20001

Sam L. Clemmons, *Pro Se*
548 Saint Charles Place
Brookhaven, MS 39601

**RECEIVED**

AUG 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

THE FOLLOWING ATTACHED PAGES TO THE
COMPLAINT SHOULD REPLACE OR ADD TO THE
PERVIOUS COMPLAINT SUBMISSION DUE TO THESE
PAGES MAY HAVE BEEN EDITED IN SOME FORM SO
THAT THE COURT, THE DEFENDANT AND THE
PLAINTIFF WILL SEE AND ARGUE THE SAME WITHOUT
ANY CONFUSION.

THANKS FOR ACCEPTING AND CORRECTING THE
RECORD

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SAM L. CLEMMONS     ) **CIVIL ACTION NO:**
   PLAINTIFF,    )
          ) **1:06CV00195(RCL)**
vs.         )
          )
MID-AMERICA APARTMENT  ) **August 9, 2006**
COMMUNITIES     )
   DEFENDANT   )
          )
          )
_____)

**PLAINTIFF'S RESPONSE TO THE DEFENDANT'S COUNSEL OPPOSITION TO PLAINTIFF'S MOTION REQUEST TO SUBPOENA DUCES TECUM AFTER MOTION REQUEST TO ENTER DISCOVERY BUT BEFORE SUMMARY JUDGMENT HAS BEEN ISSUED BUT PLACES ANOTHER EXHIBIT, WHICH IS EXHIBIT # 8 INTO THE RECORD PRIOR TO CLOSING TO SUPPORT THE PLAINTIFF'S COMPLAINT**

Comes the Plaintiff, *pro se*, in response to the Defendant's counsel actions, responses and counsel's requests, once again requesting something that should be above and beyond the ordinary call for justice requesting this case to be dismissed and to be reviewed without merit and with prejudice.

The Defendant and the Defendant's counsel have failed in this honorable court in everyway possible or approach when coming or entering into this court with a sufficient response or answer to a complaint being filed against them after a known with an intent with malice to give a sector of our government wrongfully information with a deliberately intent to cause harm and hurt to the Plaintiff and the Plaintiff's family for no

1 the Defendants, the Defendant caused this action or judgment

2 upon itself (Mid-America Apartment Communities).

3    End of MOTION requests to sustain Summary Judgement by
Default and requests to subpoena the Defendant's counsel
4 documents:

5                          Respectfully submitted:

6

7                          Sam L. Clemmons, Plaintiff *Pro Se*
                          548 Saint Charles PL
8                          Brookhaven, MS 39601

**Attachments:**

9

**Exhibit #8**: the Defendant's Financial Report Statements &
10 **Publicly Reported Earning Showing ability and able to pay for
this lawsuit in whole.**
11       **Orange tab:** Defendant's Code of Business Conduct and Ethics
          **(15 pages)**
12       **Yellow Tab:** Defendant's Whistleblower Policy (8 Pages).
         **Green Tab:** Defendant's Year of 2000 annual Report
13       **(20 Pages)**

14 **ORDERS**

15
**Defendant's Affidavit of Service Forms**
16 CC: www.usps.com for tracking purposes
Mid-America Apartment Communities;
17    **Express Mail #: EQ 242464022 US**
United State District Court of the District of Columbia;
18    **Express Mail #: EQ 242463384 US**
Records
19

20

21

22

23

24

25

Sam L. Clemmons vs. Mid-America Apartment Communities, 6584 Poplar Avenue,
Suite 300, Memphis, TN 38138

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAM L. CLEMMONS | ) | **CIVIL ACTION NO:** |
| | ) | |
| Plaintiff | ) | |
| | ) | <u>1:06-CV-00195 (RCL)</u> |
| vs. | ) | |
| MID-AMERICA APARTMENT | ) | **August 17, 2006** |
| COMMUNITIES | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## ORDER

Upon consideration of the Plaintiff's Motion requests for Summary Judgment after entering confirmed facts against the Defendant's Motion request to Dismiss. The Plaintiff has demonstrated good cause shown by means of Exhibits and timely responses.

The Plaintiff's Motions requests should be granted including the Plaintiff's Motion Request to Subpoena Duces Tecum to bring this case matter before the court to a close.

IT IS HEREBY ORDERED that the Defendant's Motion to Stay Discovery is DENIED, it is also ORDERED that the Defendant's Motion request to dismiss be DENIED. The Plaintiff's Motion Requests to move forth for Summary Judgment by Default is GRANTED.

SO ORDERED this _____ day of_____ 2006.

_____
United States District Court Judge

2

Copies to:

Sam L. Clemmons
548 Saint Charles PL
Brookhaven, MS 39601

Paul R. Monsees
Foley & Lardner LLP
Suite 500
3000 K Street, NW
Washington, DC 20007-5143

# THE ATTACHEMENTS SHOULD BE ENTERED IN THE RECORD BEHIND TAB # 8 WHICH IS

# EXHIBIT # 8

# THE OTHER PAGES SHOULD REPLACE THE PERVIOUS PAGE SUBMISSION IN THE RECORD DUE TO MINOR ERROR

SEE CASE NUMBER BELOW FOR FILING APPORIATELY

**1:06CV00195 (RCL)**