UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SAM L. CLEMMONS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-00195 (RCL) |
| MID-AMERICA APARTMENT COMMUNITIES | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Defendant moved [4] to dismiss this action on April 20, 2006 for lack of personal jurisdiction over the defendant. Defendant's motion will be GRANTED.

Plaintiff's motion [5] for summary judgment by default is DENIED.

Defendant's motion [7] to strike plaintiff's motion for summary judgment is DENIED as moot.

Plaintiff's motions [11, 14] for discovery are DENIED.

Defendant's motion [12] to strike plaintiff's discovery motion is DENIED.

This case shall stand DISMISSED for lack of personal jurisdiction.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, March 30, 2007.