UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DEFAULT / FAILURE TO COOPERATE**

_Sam L Clemmons_
Plaintiff

vs.   Civil Action No. _1:06CV00195 (RCL)_

_Mid-America Apartment Communities, et al_
Defendant

## NOTICE OF APPEAL

Notice is hereby given this _14th_ day of _May_, 20_07_, that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the _14th_ day of _May_, 20_07_ in favor of _Defendant (Mid-America Apartment Communities)_ against said _Plaintiff (Sam L. Clemmons)_

_[signature]_
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Anderson & Quinn, LLC
Adams Law Center
25 Wood Lane
Rockville, MD 20850

**RECEIVED**
MAY 1 6 2007
NANCY MAYER WHITTINGTON, **CLERK**
U.S. DISTRICT COURT