### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAM L. CLEMMONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 06CV00195 |
| | ) | |
| MID-AMERICA APARTMENT COMMUNITIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE APPEAL UNTIMELY

Defendant, Mid-America Apartment Communities, Inc., by and through its undersigned counsel, John A. Rego and Anderson & Quinn, LLC, hereby moves in opposition to Plaintiff's Motion for Leave to File Appeal Untimely, filed in the above-captioned action, and respectfully refers this Honorable Court to the attached Memorandum of Points and Authorities in support of the instant Opposition..

Respectfully submitted,

ANDERSON & QUINN, LLC


  /s/ John A. Rego
John A. Rego, Bar  #422378
The Adams Law Center
25 Wood Lane
Rockville, Maryland 20850
(301) 762-3303
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAM L. CLEMMONS,          ) | |
|          ) | |
|     Plaintiff,      ) | |
|          ) | |
| v.          ) | Civil Action No.: 06CV00195 |
|          ) | |
| MID-AMERICA APARTMENT COMMUNITIES, INC., ) | |
|          ) | |
|     Defendant.     ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S**
**OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE APPEAL**
**UNTIMELY**

I.    **Plaintiff's Appeal and Motion Fail to Comply with any of the Applicable Federal Rules of Appellate Procedure.**

    1.    The Court, by Order of March 30, 2007, dismissed the instant action for lack of personal jurisdiction over Defendant.

    2.    The Court's above Order dismissing this matter was entered, as well, on March 30, 2007.

    3.    Pursuant to Rule 4(a)(1)(A) of the Federal Rules of Appellate Procedure, Plaintiff was required, if he sought an appeal in this case, to file a Notice of Appeal "with the district clerk within 30 days after the judgment or order appealed from is entered." See, Rule 4(a)(1)(A) of the Federal Rules of Appellate Procedure. Accordingly, for Plaintiff to have timely filed, here, an appeal of the Court's Order, entered on March 30, 2007, Plaintiff was obligated to do so on or before April 29, 2007.

    4.    Plaintiff, however, filed his Notice of Appeal and the attendant Motion for Leave to File Appeal Untimely on May 16, 2007, long after the April 29, 2007, deadline for an appeal to be taken in this action.

    5.    Plaintiff's appeal, therefore, was not timely filed in accordance with the provisions of Rule 4(a)(1)(A) of the Federal Rules of Appellate Procedure and the

2

appeal ought be dismissed on that basis.

6.  In addition, Plaintiff's Motion for Leave to File Appeal Untimely was similarly late under Rule 4(a)(5)(i) of the Federal Rules of Appellate Procedure and, furthermore, Plaintiff has simply not provided in his submissions any viable basis for this Court to consider, at this or any other juncture, permitting Plaintiff to late-file his appeal or to allow his appeal to proceed. Plaintiff, within his motion, has furnished the Court with absolutely no substantiated evidence that he did not receive the Court's March 30, 2007, Order and since "[a]n untimely appeal is a defect of jurisdiction that requires dismissal," this matter should now be dismissed with prejudice. Internet Financial Services, LLC v. Law Firm of Larson-Jackson, P.C., 394 F. Supp.2d 1, 4 (D.D.C. 2005).

7.  Finally, in direct contravention of Rule 3(c)(1)(B) of the Federal Rules of Appellate Procedure, Plaintiff's untimely Notice of Appeal, fails to even properly "designate the judgment, order, or part thereof being appealed," Rule 3(c)(1)(B), as the Notice sets forth that Plaintiff "hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgement of this Court entered on the 14th day of May, 2007." See, Plaintiff's May 16, 2007, Notice of Appeal. No judgment or order was issued or entered by the Court in this case on May 14, 2007, and, thus, Plaintiff's Notice appeals no actual decision or action of this Court.

**WHEREFORE**, the foregoing considered, Defendant requests that Plaintiff's Motion for Leave to File Appeal Untimely, filed in the instant action, be Denied, that Plaintiff's Notice of Appeal be dismissed with prejudice and that Defendant be granted such further and additional relief as this Court deems just and appropriate.

3

Respectfully submitted,

ANDERSON & QUINN, LLC


_____     /s/ John A. Rego
                                              John A. Rego, Bar  #422378
                                              The Adams Law Center
                                              25 Wood Lane
                                              Rockville, Maryland  20850
                                              (301)-762-3303
                                              Attorneys for Defendant


## **CERTIFICATE OF SERVICE**

        I HEREBY CERTIFY that a copy of the foregoing was mailed, via first-class mail, postage prepaid on this 29th day of May, 2007, to the following:

        Mr. Sam L. Clemmons
        548 Saint Charles Place
        Brookhaven, Mississippi 39601


                                               /s/ John A. Rego
                                              John A. Rego

4

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SAM L. CLEMMONS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.: 06CV00195** |
| | ) | |
| **MID-AMERICA APARTMENT COMMUNITIES, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

Upon consideration of the foregoing Plaintiff's Motion for Leave to File Appeal Untimely and Defendant's Opposition thereto, it is this ____ day of _____ 2007,

ORDERED, that Plaintiff's Motion for Leave to File Appeal Untimely be, and hereby is DENIED; and it is further

ORDERED, that Plaintiff's May 16, 2007, Notice of Appeal filed in the above-captioned action be, and it hereby is, DISMISSED with prejudice.


_____
Judge Royce C. Lamberth

Copies to:

John A. Rego, Esq.
Anderson & Quinn, LLC
The Adams Law Center
25 Wood Lane
Rockville, Maryland 20850

Mr. Sam L. Clemmons
548 Saint Charles Place
Brookhaven, Mississippi 39601