UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-195 (RCL) |
| ) | |
| MID-AMERICA APARTMENT ) | |
| COMMUNITIES, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of plaintiff's motion [22] for leave to file appeal out of time, and the opposition thereto, plaintiff's motion [22] is GRANTED.

The Court's Order dismissing this case was filed on March 30, 2007. Rule 4(a)(1)(A) of the Federal Rules of Appellate Procedure provides that a notice of appeal (where the United States or an officer or agency thereof is not a party) may be filed by any party within 30 days after the order appealed from is entered. Rule 5(A)(i) allows this Court to extend the time to file notice of appeal if the extension motion is filed not later than 30 days after the notice of appeal was due. Accordingly, the Court has authority to–and does–grant plaintiff's motion of May 16, 2007, and the Court extends until that date and deems filed that date the notice of appeal lodged by plaintiff.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, July 10, 2007.